**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

OCCIDENTAL HOTELES                )
MANAGEMENT, S.L.                  )
                                  )
                    Plaintiff     )
v.                                )        Case No.
                                  )
HARGRAVE ARTS, LLC and            )
CARTER HARGRAVE                   )
                                  )
                    Defendants.   )

```
FILED: APRIL 16, 2008
08CV2165        LI
JUDGE    GOTTSCHALL
MAGISTRATE JUDGE ASHMAN
```

**COMPLAINT FOR**
**PERMANENT INJUNCTION AND OTHER RELIEF**

**Parties**

1.     Plaintiff, Occidental Hoteles Management, S.L., f/k/a Occidental Hoteles Management, S.A., is a corporation organized under the laws of Spain with its principal place of business located at Jose Abascal, n. 56, Madrid, Spain 28003.

2.     Defendant, Hargrave Arts, LLC, upon information and belief, is a corporation organized under the laws of the State of Oklahoma with a registered address of P.O. Box 52820, Tulsa, Oklahoma 74152.

3.     Defendant, Carter Hargrave, is an individual and, upon information and belief, is a member of Hargrave Arts, LLC and resides at 1037 E. 34th St., Tulsa, Oklahoma 74105.

4.     This Court has jurisdiction over this civil action brought under the Lanham Act, 15 U.S.C. §§ 1051-1127, jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332 (a)(2), 1338.

## Count I- Anticybersquatting Consumer Protection Act

5.      Plaintiff repeats and realleges paragraphs 1-4 as though fully set forth in this count.

6.      "Occidental Hotels and Resorts" (the "Mark") is a copyrighted and otherwise protected business name, service mark, trademark, and trade name used by Plaintiff, Occidental branded hotels located throughout the world, and other companies authorized by Plaintiff.

7.      Plaintiff has authorized and/or licensed the Mark to other companies that own, operate, manage, and/or market Occidental branded properties throughout the United States and the world.

8.      Plaintiff and other authorized companies actively utilize the Internet in connection with promoting and rendering the Occidental branded hotels and resorts.

9.      Since at least 1985, Plaintiff and other authorized companies have used the Mark in connection with the Occidental branded hotel and resort business.

10.     Since at least 1985, Plaintiff has permitted authorized companies to continuously advertise and market Occidental branded hotels and resorts under the Mark throughout the United States.

11.     Plaintiff has never authorized or licensed Defendants' use of the Mark.

12.     Plaintiff has registered the Mark with numerous foreign trademark agencies, e.g., Office for the Harmonization in the Internal Market (European Union) and Oficina Española de Patentes y Marcas (Spain).  Copies of certificates of said registrations are attached hereto as **Exhibits A and B**, respectively.

13.     Plaintiff enjoys widespread recognition and fame associated with its Mark by virtue of active promotion, including the operation of two authorized and well-known

Internet web sites, www.occidental-hoteles.com and www.occidentalhotels.com, copies of which are attached hereto as **Exhibits C and D**, respectively.

14. Over the course of many years, Plaintiff and other authorized companies have spent considerable sums of money and effort to establish the good will and renown of the Mark. Today, in the minds of consumers, the Mark has become associated with high quality and reputable hotel and resort services.

15. Plaintiff's Mark is distinctive and famous.

16. Defendants are engaged in the business of martial arts training.

17. Defendants are not engaged in the hotel and resort business.

18. Defendants maintain Internet web sites including www.occidentalhotels.net, www.occidentalhotels.us, and www.occidental-resorts.net, copies of which are attached hereto as **Exhibits E**, **F**, **and G**, respectively.

19. The Internet web sites maintained by Defendants are identical and/or confusingly similar to Plaintiff's Mark.

20. Defendants began using the Mark after Plaintiff adopted and began using its well-known Mark.

21. Defendants' use of the Occidental Hotels and Resorts name and/or the Mark in interstate commerce is likely to further cause confusion, mistake, or deception as to the source or origin of Defendants' statements or services and/or result in the belief that Defendants' statements or services are provided by, sponsored by, approved by, licensed by, or affiliated with or in some other way legitimately connected with Plaintiff.

22.   On February 10, 2007, Defendant Carter Hargrave sent an email to Plaintiff warning that Hargrave directed his company, Hargrave Arts, LLC, to obtain the domain name occidentalhotels.net and to construct an infringing website where complaints about an Occidental branded hotel would be made public.

23.   Defendants obtained and launched the web sites at issue with the bad faith intent to profit and extract financial gain from Plaintiff.

24.   On April 17, 2007, Plaintiff filed a First Revised Complaint against Defendant Hargrave Arts, LLC in accordance with the Uniform Domain Name Dispute Resolution Policy in the National Arbitration Forum.

25.   On June 14, 2007, in response to Plaintiff's National Arbitration Forum Complaint, Defendants created a second infringing web site, www.occidentalhotels.us, a copy of which is attached as **Exhibit F**.

26.   On July 19, 2007, in further response to Plaintiff's National Arbitration Forum Complaint, Defendants created a third infringing web site, www.occidental-resorts.net, in which Defendants advertised a sham lodging operation, a copy of which is attached as **Exhibit G**.

27.   On November 30, 2007, Plaintiff's counsel sent Defendant a cease and desist letter demanding that Defendants stop its use of the Occidental brand name and the Mark in its web sites.

28.   On March 13, 2008, Plaintiff's counsel sent another letter to Defendants' counsel requesting a response to the cease and desist letter.

29.   Defendants continued their improper use of the Mark after their receipt of the November 30, 2007 and March 13, 2008 letters, and such use continues to this day.

30.    Defendants have willfully ignored Plaintiff's repeated demands to cease and desist, and continue to use a name or mark which is substantially identical and/or confusingly similar to the Mark, placing Defendants in violation of the Lanham Act, 15 U.S.C. § 1125(d).

31.    Plaintiff has suffered damages caused by Defendants' conduct in excess of $75,000.

### Count II- Trademark Infringement

32.    Plaintiff repeats and realleges paragraphs 1-31 as though fully set forth in this count.

33.    Plaintiff has protectable rights in its Mark which have been and continue to be violated by Defendants.

34.    Defendants' use of the Occidental Hotels and Resorts name and/or the Mark in interstate commerce has caused and is likely to further cause confusion, mistake, or deception as to the source or origin of Defendants' statements or services and/or result in the belief that Defendants' statements or services are provided by, sponsored by, approved by, licensed by, or affiliated with or in some other way legitimately connected with Plaintiff.

35.    The use by Defendants of the Occidental Hotels and Resorts name or Mark or any colorable imitation interferes with and will continue to interfere with Plaintiff's ability to use, enjoy, and create further good will under the Mark.

36.    Defendants' use of the Occidental Hotels and Resorts name or Mark is likely to result in the dilution of the exclusive rights which Plaintiff now enjoys in connection with its Mark.

37.    Defendants' infringement is willful and deliberate.

38.     The use by Defendants of the Occidental Hotels and Resorts name or Mark or any colorable imitation constitutes trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114.

39.     The good will of Plaintiff's business activities under the Mark is of enormous value, and Plaintiff has an inadequate remedy at law and will suffer irreparable harm should the infringement be allowed to continue.

## Count III- Trademark Dilution

40.     Plaintiff repeats and realleges paragraphs 1-39 as though fully set forth in this count.

41.     The Mark is famous, having become distinctive to consumers in the field of the hotel, resort, and vacation business.  The Mark has acquired distinctiveness in the minds of the relevant public by virtue of more than 22 years of continuous use and by virtue of Plaintiff's expenditure of substantial amounts of money to advertise and promote the Mark and Plaintiff's widespread use of the Mark throughout the world and via the Internet including the two authorized and well-known Internet web sites, www.occidental-hoteles.com and www.occidentalhotels.com.

42.     Defendants are promoting and marketing its statements and services under the infringing and confusingly similar Occidental Hotels and Resorts name in the same channel of commerce, namely the Internet, as does Plaintiff.

43.     Defendants' use of the Occidental Hotels and Resorts name or Mark began after the mark became famous, and threatens to dilute, and has diluted, the distinctive quality of the Mark in violation of the Lanham Act, 15 U.S.C. § 1125(a).

44.  As a direct and proximate result of Defendants' dilution of the Mark, Plaintiff has suffered damage and will continue to suffer damage unless Defendants' use of the Occidental Hotels and Resorts name or Mark is enjoined by this Court.

## Act Count IV- Oklahoma Consumer Protection

45.  Plaintiff repeats and realleges paragraphs 1-44 as though fully set forth in this count.

46.  This Court has supplemental jurisdiction over this claim, arising out of the common nucleus of operative facts as previous counts, pursuant to 28 U.S.C. § 1367.

47.  Defendants' use of the Mark constitutes an unfair or deceptive trade practice under OKLA. STAT. tit. 15, § 753 (2003) in that Defendants:

   a.  Make a false or misleading representation, knowingly or with reason to know, as to affiliation, connection, association with, or certification by another; and

   b.  Falsely state or imply that any person, product or service is recommended or endorsed by a named third person

48.  Defendants' acts have caused and, unless restrained, will continue to cause irreparable harm, damage, and injury to both Plaintiff and consumers.

## Count V- Oklahoma Deceptive Trade Practices Act

49.  Plaintiff repeats and realleges paragraphs 1-48 as though fully set forth in this count.

50.  This Court has supplemental jurisdiction over this claim, arising out of the common nucleus of operative facts as previous counts, pursuant to 28 U.S.C. § 1367.

51.  Defendants' use of the Mark constitutes a deceptive trade practice under OKLA. STAT. tit. 78 § 53 (2004) in that Defendants:

   a.  Knowingly make a false representation as to the source, sponsorship, approval, or certification of goods or services;

b. Knowingly make a false representation as to affiliation, connection, association with, or certification by another;

c. Knowingly make a false representation as to the characteristics, ingredients, uses, benefits or quantities of goods or services or a false representation as to the sponsorship, approval, status, affiliation, or connection of a person therewith;

d. Represent that goods or services are a particular standard, quality, or grade, or that goods are a particular style or model, if they are another; and

e. Disparage the goods, services, or business of another by false or misleading representation of fact.

52. Defendants' acts have caused and, unless restrained, will continue to cause irreparable harm, damages, and injury to Plaintiff.

WHEREFORE, Occidental Hoteles Management, S.L. prays for judgment in its favor; as well as an award of its costs of suit (including attorneys fees); and any additional relief as may be necessary or that the Court may deem just and proper. In the alternative, Plaintiff prays that the Court permanently enjoin Carter Hargrave and Hargrave Arts, LLC from operating any website bearing the Occidental Hotels and Resorts name, the Mark, and/or any confusingly similar marks and immediately transfer all rights in such domain names to Occidental Hoteles Management, S.L.

Cremer, Kopon, Shaughnessy & Spina, LLC

By: _/s William J. Cremer_____
        One of Its Attorneys

Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: (312) 726-3800
Fax: (312) 726-3818
*189178_1*

```
08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN
```

# EXHIBIT A



| | |
|---|---|
| MODALIDAD | MARCA COMUNITARIA |
| NUMERO | 2.248.409 |
| DENOMINACION | OCCIDENTAL HOTELS & RESORTS |
| CLASE | 16 / 35 / 38 / 42 |
| TRAMITE | CERTIFICADO DE CONCESION |

OAMI - OFICINA DE ARMONIZACIÓN DEL
MERCADO INTERIOR
MARCAS, DIBUJOS Y MODELOS

**CERTIFICADO DE REGISTRO**

Se expide el presente Certificado de Registro para la
Marca Comunitaria que se identifica a continuación.
Las menciones y las informaciones relativas a tal marca
han sido inscritas en el Registro de Marcas
Comunitarias.

OHMI — OFFICE DE L'HARMONISATION DANS LE
MARCHÉ INTÉRIEUR
MARQUES, DESSINS ET MODÈLES

**CERTIFICAT D'ENREGISTREMENT**

Le présent Certificat d'Enregistrement est délivré pour
la marque communautaire identifiée ci-joint. Les
mentions et les renseignements qui s'y rapportent ont
été inscrits au Registre des Marques Communautaires.

Registrado / Enregistré 28/04/2004

No 002248409



OCCIDENTAL
HOTELS & RESORTS

El Presidente / Le Président

Wubbo de Boer

OAMI - OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR
MARCAS, DIBUJOS Y MODELOS

OHMI – OFFICE DE L'HARMONISATION DANS LE MARCHÉ INTÉRIEUR
MARQUES, DESSINS ET MODELES

| | |
|---|---|
| 450 | 21/06/2004 |
| 210 | 002248409 |
| 220 | 07/06/2001 |
| 151 | 28/04/2004 |
| 186 | 07/06/2011 |
| 442 | 07/07/2003 |
| 546 | |



OCCIDENTAL
HOTELS & RESORTS

| | |
|---|---|
| 531 | 24.17.97 |
| 732 | OCCIDENTAL HOTELES MANAGEMENT, S.A<br>José Abascal, 58<br>28003 Madrid<br>ES |
| 740 | VADIMARK, S.L.<br>Galería de Vallehermoso, 4 - 1°<br>28003 Madrid<br>ES |
| 270 | ES FR |
| 511 | ES - 16<br>Publicaciones en general. |

ES - 35
Servicios de venta al por menor de toda clase de productos; publicidad; gestión de negocios comerciales; administración comercial; trabajos de oficina; y en especial gerencia administrativa de hoteles

ES - 38
Comunicaciones por terminales de ordenador; radiofónicas, telefónicas, telegráficas; difusión de programas de televisión; emisiones televisadas y radiofónicas; información en materia de telecomunicaciones; expedición y transmisión de mensajes; radiodifusión, radiotelefonía móvil; transmisión de telecopias, telegramas, mensajes, y de mensajes e imágenes asistidas por ordenador; televisión por cable.

ES - 42
Agencias de alquiler de alojamiento (hoteles, pensiones); alquiler y reserva de alojamientos temporales; bares; cafeterías; explotación de terrenos de camping; servicios de campos de vacaciones (alojamientos); cantinas; casas de vacaciones; clubs de encuentros; consultas profesionales; gestión de lugares para exposiciones; servicios hoteleros; reserva de hoteles; pensiones y reserva de pensiones; restaurantes; restaurantes autoservicio, restaurantes de servicio rápido y permanente (snack-bar); pubs.

DA - 16
Trykte publikationer generelt.

DA - 35
Detailsalg af varer af enhver art; annonce- og reklamevirksomhed; bistand ved forretningsledelse, forretningsadministration; bistand ved varetagelse af kontoropgaver; og særlig administrativ ledelse af hoteller

DA - 38
Kommunikation via computerterminaler; radiofonisk, telefonisk og telegrafisk kommunikation; udsendelse af fjernsynsprogrammer; radio- og fjernsynsudsendelser; information om telekommunikation; ekspedition og transmission af meddelelser; radioudsendelser; kommunikation via mobiltelefoner; transmission af faksimiler, telegrammer og meddelelser samt transmission af meddelelser og billeder via computer; kabel-tv.

DA - 42
Bureauer til anvisning af midlertidig logi (hoteller, pensionater); udlejning og reservation af værelser; barer; cafeterier; drift af campingpladser; indlogering i ferielejre; kantiner; feriehjem; kontaktbureauer; professionel rådgivning; forvaltning af udstillingsfaciliteter; hoteltjenester; hotelreservationer; pensionater og reservation af værelser på pensionater; restauranter; selvbetjeningsrestauranter, snackbarer; pubber

DE - 16
Veröffentlichungen im Allgemeinen.

DE - 35
Verkauf im Einzelhandel von Waren aller Art; Werbung; Geschäftsführung; Unternehmensverwaltung; Büroarbeiten; insbesondere Hotelverwaltung.

DE - 38
Kommunikation über Computerterminals; Kommunikation über Sprechfunk, Telefon, Telegrafie; Ausstrahlung von Fernsehprogrammen; Ausstrahlung von Fernseh- und Rundfunksendungen; Auskünfte über Telekommunikation; Versendung und Übertragung von Nachrichten; Ausstrahlung von Rundfunksendungen; Mobiltelefondienste; Telekopierdienst, Telegrammübermittlung; Nachrichten- und Bildübermittlung mittels Computer; Ausstrahlung von Kabelfernsehsendungen.

DE - 42
Zimmervermittlung (Hotels, Pensionen); Zimmervermietung und -reservierung; Bars; Cafeterias; Betrieb eines Campingplatzes; Verpflegung von Gästen in Kantinen; Vermietung von Ferienhäusern; Vermittlung von Bekanntschaften; gewerbsmäßige Beratung; Verwaltung von Ausstellungsgeland; Dienstleistungen von Hotels; Hotelreservierungen; Dienstleistungen von Pensionen und Zimmerreservierung in Pensionen; Restaurants; Verpflegung von Gästen in Selbstbedienungsrestaurants und Schnellrestaurants; Bars.

EL - 16
Δημοσιεύσεις εν γένει.

EL - 35
Υπηρεσίες λιανικής πώλησης παντός είδους προϊόντων· διαφήμιση· διοίκηση επιχειρήσεων· διαχείριση επιχειρίσεων· εργασίες γραφείου· και ειδικότερα διοικητική διαχείριση ξενοδοχείων.

EL - 38
Επικοινωνία μέσω τερματικών ηλεκτρονικών υπολογιστών· ραδιοεπικοινωνίες, τηλεφωνικές και τηλεγραφικές επικοινωνίες· μετάδοση τηλεοπτικών προγραμμάτων· τηλεοπτικές και ραδιοφωνικές εκπομπές· παροχή πληροφοριών επί θεμάτων τηλεπικοινωνιών· αποστολή και μετάδοση μηνυμάτων· υπηρεσίες ραδιοφωνικών εκπομπών· κινητή ραδιοτηλεφωνία· διάβραση τηλεομοιοτυπιών, τηλεγραφημάτων και μηνυμάτων· μετάδοση μηνυμάτων και εικόνων με την υποστήριξη ηλεκτρονικού υπολογιστή· καλωδιακή τηλεόραση.

EL - 42
Γραφεία ενοίκιασης καταλύματος (ξενοδοχείο ξενώνες)· υπηρεσίες εκμίσθωσης και κράτησης προσωρινού καταλύματος· μπαρ· καφετερίες· εκμετάλλευση χώρων οργανωμένων κατασκηνώσεων· υπηρεσίες καταλύματος



OAMI - OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR
MARCAS, DIBUJOS Y MODELOS

OHMI – OFFICE DE L'HARMONISATION DANS LE MARCHE INTERIEUR
MARQUES, DESSINS ET MODELES

διακοπών (προσωρινή κατάλυση)· καντίνες· οίκοι διακοπών· λέσχες γνωριμιών· παροχή επαγγελματικών συμβουλών· διαχείριση εκθεσιακών χώρων· ξενοδοχειακές υπηρεσίες· ξενοδοχειακές κρατήσεις· υπηρεσίες ξενώνων, κρατήσεις σε ξενώνες· εστιατόρια· εστιατόρια αυτοεξυπηρέτησης· εστιατόρια γρήγορου φαγητού που σερβίρουν όλη μέρα (σνακ μπαρ)· παμπ·

**EN · 16**
Publications in general

**EN · 35**
Retailing of goods of all kinds; advertising, business management; business administration; office functions; and in particular hotel management.

**EN · 38**
Communication by computer terminals; communications by radio, telephone, telegram; broadcasting of television programmes; television and radio broadcasting; information about telecommunications; message forwarding and sending; radio broadcasting; cellular telephone communication; facsimile transmission; sending of telegrams, messages and computer aided transmission of messages and images; cable television broadcasting.

**EN · 42**
Providing hotel accommodation; rental and reservation of temporary accommodation; bars; cafeterias; providing campground facilities; holiday camp services (lodging); canteens; tourist homes; dating services; professional consultancy; management of exhibition facilities; hotel services; hotel reservations; boarding houses and boarding house bookings; restaurants; self-service restaurants, snack bars; pubs.

**FR · 16**
Publications en général

**FR · 35**
Services de vente au détail de tous types de produits; publicité; gestion des affaires commerciales; administration commerciale, travaux de bureau, et, en particulier, gestion administrative d'hôtels.

**FR · 38**
Communication par terminaux d'ordinateurs, radiophoniques, téléphoniques, télégraphiques; diffusion de programmes de télévision; émissions télévisées et radiophoniques; informations en matière de télécommunications; expédition et transmission de messages; radiodiffusion; radiotéléphonie mobile; transmission de télécopies, télégrammes, messages, et de messages et d'images assistées par ordinateur; télévision câblée.

**FR · 42**
Agences de location de logement (hôtels, pensions); location et réservation de logements temporaires; bars; cafétérias; exploitation de terrains de camping; services de camps de vacances (logements); cantines; maisons de vacances; clubs de rencontres; conseils professionnels; gestion de lieux d'exposition; services hôteliers; réservations d'hôtels; pensions et réservation de pensions; restaurants; restaurants libre-service; restaurants à service rapide et permanent (snack-bars); pubs

**IT · 16**
Pubblicazioni di ogni genere.

**IT · 35**
Vendita al dettaglio di prodotti di ogni tipo; pubblicità; gestione di affari commerciali; amministrazione commerciale; lavori di ufficio; e in particolare, gestione amministrativa di alberghi.

**IT · 38**
Comunicazione tramite terminali di computer, radiofoniche, telefoniche, telegrafiche; diffusione di programmi televisivi;

trasmissioni televisive e radiofoniche; informazione in materia di telecomunicazioni; invio e trasmissione di messaggi; radiodiffusione; radiotelefonia mobile; trasmissione di telecopie, telegrammi, messaggi e trasmissione computerizzata di messaggi e immagini; televisione via cavo

**IT · 42**
Agenzie per alloggi (alberghi, pensioni); affitto e prenotazione di alloggi temporanei; bar; tavola calda; gestione di aree per campeggio; servizi di villaggi turistici (alloggio); mense; case per vacanze; club per incontri; consulenze professionali; gestione di luoghi per esposizioni; servizi alberghieri; prenotazioni d'alberghi, pensioni e prenotazione di pensioni; ristoranti; ristoranti self-service, snack-bar; pub.

**NL · 16**
Publicaties in het algemeen.

**NL · 35**
Detailverkoop van allerlei soorten producten; reclame; beheer van commerciële zaken; zakelijke administratie; administratieve diensten, en met name beheer van hotels.

**NL · 38**
Communicatie via computerterminals; radiofonische, telefonische en telegrafische communicatie; uitzending van televisieprogramma's; uitzending van radio- en televisieprogramma's; inlichtingen op het gebied van telecommunicatie; verzending en overbrenging van boodschappen; uitzending van radioprogramma's; mobilofoondiensten; verzending van faxen, telegrammen, boodschappen en computerondersteunde verzending van berichten en beelden; uitzending via kabeltelevisie.

**NL · 42**
Bureaus voor het verstrekken van logies (hotels, pensions); verhuur en reservering van tijdelijke huisvesting; bars; cafetaria's; exploitatie van kampeerterreinen; vakantiekampen (huisvesting); kantines; vakantiehuizen; ontmoetingsclubs; professionele consultatie; het beheer van faciliteiten voor tentoonstellingen; hoteldiensten; hotelreserveringen; pensions en pensionreservering; restaurants; zelfbedieningsrestaurants, snackbars; pubs.

**PT · 16**
Publicações em geral

**PT · 35**
Serviços de venda a retalho de todos os tipos de produtos; publicidade; gestão de negócios comerciais; administração comercial; trabalhos de escritório; em especial gestão administrativa de hotéis

**PT · 38**
Comunicação por terminais de computadores; radiofónicas, telefónicas, telegráficas; emissão de programas de televisão; emissões televisivas e radiofónicas; informação em matéria de telecomunicações; expedição e transmissão de mensagens; radiodifusão; comunicação por telemóvel; transmissão de telecópias, telegramas, mensagens e de mensagens e imagens assistida por computador; televisão por cabo

**PT · 42**
Agências de alojamento (hotéis, pensões); aluguer e reserva de alojamentos temporários; bares; cafetarias; exploração de terrenos para acampamento; serviços de campos de férias (alojamentos); cantinas; casas de férias; clubes para encontros; consultadoria profissional; gestão de locais de exposição; serviços hoteleiros; reservas de hotéis; pensões e reserva de pensões; restaurantes; restaurantes self-service; restaurantes para serviço rápido e permanente (snack-bar); bares

**FI · 16**
Julkaisut yleensä

OAMI - OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR
MARCAS, DIBUJOS Y MODELOS

OHMI – OFFICE DE L'HARMONISATION DANS LE MARCHÉ INTÉRIEUR
MARQUES, DESSINS ET MODÈLES

**FI** - 35
Kaikenlaisten tuotteiden vähittäismyyntipalvelut; mainonta;
liikkeenjohto; yrityshallinto; toimistotehtävät; ja erityisesti
hotellien hallinnointi.

**FI** - 38
Viestintä tietokonepäätteiden välityksellä; radio-, puhelin- ja
lennätinviestintä; televisio-ohjelmien lähetys; televisio- ja
radiolähetykset; tietoliikennettä koskeva tiedotus; sanomien
lähetys ja välitys; yleisradiotoiminta; matkapuhelinliikenne;
faksien, sähkeiden ja sanomien siirto sekä tietokoneavusteinen
sanomien ja kuvien siirto; kaapelitelevisio.

**FI** - 42
Majoitusvarauksista (hotelleihin ja täysihoitoloihin) huolehtivat
toimistot; tilapäismajoituksen vuokraus- ja varauspalvelut;
baarit; kahvila-ravintolat; leirintäalueiden hoito; lomaleirien
palvelut (majoitus); ruokalat; loma-asunnot; ystäväkerhot;
ammattimainen    konsultointi;    näyttelytilojen    hallinto;
hotellipalvelut; hotellivaraukset; täysihotolat ja täysihoitoloiden
varaus; ravintolat; itsepalveluravintolat; pikaruokaravintolat;
pubit.

**SV** - 16
Tryckta publikationer i allmänhet.

**SV** - 35
Detaljförsäljning av alla slags produkter; annons- och
reklamverksamhet; företagsledning; företagsadministration;
kontorstjänster; och särskilt administrativ ledning för hotell.

**SV** - 38
Kommunikation via datorterminaler; via radio, telefon,
telegram; utsändning av televisionsprogram; televisions- och
radioutsändningar; information avseende telekommunikation;
sändande och överföring av meddelande; radioutsändning;
mobiltelefoni; överföring av faxmeddelanden; telegram,
meddelanden; och datorstödda meddelanden och bilder;
kabeltelevisionssändning.

**SV** - 42
Uthyrningsbyråer för hotell- och pensionat; upplåtande och
bokning av kortvarigt boende; barer; kafeterior; drift av
campingområden; sommarläger (boende); lunchserveringar;
semesterbostäder; kontaktförmedlingstjänster; professionella
konsultationer;     förvaltning     av     utställningslokaler;
hotellverksamhet;     hotellbokning;     pensionat     och
pensionatsbokning; restauranger; självserveringsrestauranger;
snackbarer; pubar.

300    ES - 25/01/2001 - 2373419
       ES - 25/01/2001 - 2373420
       ES - 25/01/2001 - 2373421
       ES - 25/01/2001 - 2373423

08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

# EXHIBIT B

 MINISTERIO
DE CIENCIA
Y TECNOLOGÍA

 Oficina Española
de Patentes y Marcas

## CERTIFICADO - TÍTULO
## DE REGISTRO DE
## MARCA

N.º **2 3 6 6 9 1 9**

Cumplidas las disposiciones establecidas en la vigente Ley de Marcas, de 10 de Noviembre de 1988, se expide el presente Título acreditativo de la concesión del registro de Marca cuyos datos figuran en la hoja unida a este documento.

De acuerdo con lo dispuesto en la mencionada Ley de Marcas, el registro de la Marca confiere a su titular el derecho exclusivo de utilizarlo en el tráfico económico. El registro ha quedado otorgado sin perjuicio de terceros, por diez años, contados desde la fecha del depósito de la solicitud y podrá renovarse indefinidamente por periodos ulteriores de diez años, siempre que se cumplan los requisitos legalmente establecidos.

De no efectuarse la renovación en la forma y plazos previstos legalmente, el registro será caducado.

2 0 JUN 2001

Madrid a _____

(Sello)

EL DIRECTOR DEL DEPARTAMENTO
DE SIGNOS DISTINTIVOS

P.D.

Mod. 4103



Oficina Española
de Patentes y Marcas

REPRODUCCION Y DATOS DE LA
MARCA

2366919

**N.º**

| TITULAR | OCCIDENTAL HOTELES MANAGEMENT. S.A. |
|---|---|

| DISTINTIVO | MARCA NACIONAL DE ORIGEN | |
|---|---|---|
| | FECHA PRESENTACIÓN | FECHA CONCESIÓN |
| | | 2 0 JUN 2001 |

**OCCIDENTAL HOTELS AND RESORTS**

| MARCA NACIONAL POR TRANSFORMACION | |
|---|---|
| MARCA DE ORIGEN Y NÚMERO | FECHA PRESENTACIÓN EN ORIGEN |
| FECHA PRESENTACIÓN EN ESPAÑA | FECHA CONCESIÓN EN ESPAÑA |
| ANTIGÜEDAD: Nº MARCA ESPAÑOLA | FECHA ANTIGÜEDAD |

PRIORIDAD: PAÍS, NÚMERO Y FECHA

DESCRIPCIÓN (OPCIONAL)

| PRODUCTOS O SERVICIOS | CLASE |
|---|---|
| Publicaciones en general | 16 |

(Sello)                                    FIRMA DEL FUNCIONARIO



**Oficina Española
de Patentes y Marcas**

REPRODUCCION Y DATOS DE LA
MARCA

2366920

N.°

| TITULAR | OCCIDENTAL HOTELES MANAGEMENT, S.A. |
|---|---|

**DISTINTIVO**

OCCIDENTAL HOTELS AND RESORTS

| MARCA NACIONAL DE ORIGEN | |
|---|---|
| FECHA PRESENTACIÓN | FECHA CONCESIÓN<br>2 0 JUN 2001 |

| MARCA NACIONAL POR TRANSFORMACION | |
|---|---|
| MARCA DE ORIGEN Y NÚMERO | FECHA PRESENTACIÓN EN ORIGEN |
| FECHA PRESENTACIÓN EN ESPAÑA | FECHA CONCESIÓN EN ESPAÑA |
| ANTIGÜEDAD: Nº MARCA ESPAÑOLA | FECHA ANTIGÜEDAD |

| PRIORIDAD: PAÍS, NÚMERO Y FECHA |
|---|

**DESCRIPCIÓN (OPCIONAL)**

| PRODUCTOS O SERVICIOS | CLASE |
|---|---|
| Servicios de venta al por menor de toda clase de productos; publicidad; gestión de negocios comerciales; administración comercial; trabajos de oficina; y en especial gerencia administrativa de hoteles | 35 |

(Sello)

FIRMA DEL FUNCIONARIO



MINISTERIO
DE CIENCIA
Y TECNOLOGÍA



Oficina Española
de Patentes y Marcas

## CERTIFICADO - TÍTULO
## DE REGISTRO DE
## MARCA

N.º **2 3 6 6 9 2 0**

Cumplidas las disposiciones establecidas en la vigente Ley de Marcas, de 10 de Noviembre de 1988, se expide el presente Título acreditativo de la concesión del registro de Marca cuyos datos figuran en la hoja unida a este documento.

De acuerdo con lo dispuesto en la mencionada Ley de Marcas, el registro de la Marca confiere a su titular el derecho exclusivo de utilizarlo en el tráfico económico. El registro ha quedado otorgado sin perjuicio de terceros, por diez años, contados desde la fecha del depósito de la solicitud y podrá renovarse indefinidamente por periodos ulteriores de diez años, siempre que se cumplan los requisitos legalmente establecidos.

De no efectuarse la renovación en la forma y plazos previstos legalmente, el registro será caducado.

Madrid a _____ 2 0 JUN 2001 _____

(Sello)

EL DIRECTOR DEL DEPARTAMENTO
DE SIGNOS DISTINTIVOS
P.D.

Mod. 4103


MINISTERIO
DE CIENCIA
Y TECNOLOGÍA


Oficina Española
de Patentes y Marcas

## CERTIFICADO - TÍTULO
## DE REGISTRO DE
## MARCA

N.º   2 3 6 6 9 2 1

Cumplidas las disposiciones establecidas en la vigente Ley de Marcas, de 10 de Noviembre de 1988, se expide el presente Título acreditativo de la concesión del registro de Marca cuyos datos figuran en la hoja unida a este documento.

De acuerdo con lo dispuesto en la mencionada Ley de Marcas, el registro de la Marca confiere a su titular el derecho exclusivo de utilizarlo en el tráfico económico. El registro ha quedado otorgado sin perjuicio de terceros, por diez años, contados desde la fecha del depósito de la solicitud y podrá renovarse indefinidamente por periodos ulteriores de diez años, siempre que se cumplan los requisitos legalmente establecidos.

De no efectuarse la renovación en la forma y plazos previstos legalmente, el registro será caducado.

Madrid a  2 0 JUN 2001

(Sello)

EL DIRECTOR DEL DEPARTAMENTO
DE SIGNOS DISTINTIVOS    P.D.

Mod. 4103



**Oficina Española
de Patentes y Marcas**

REPRODUCCION Y DATOS DE LA
MARCA

2366921

N.º

| TITULAR | OCCIDENTAL HOTELES MANAGEMENT, S.A. |
|---|---|

| DISTINTIVO | | MARCA NACIONAL DE ORIGEN | |
|---|---|---|---|
| | | FECHA PRESENTACIÓN | FECHA CONCESIÓN |
| | | | 2 0 JUN 2001 |

**MARCA NACIONAL POR TRANSFORMACION**

| MARCA DE ORIGEN Y NÚMERO | FECHA PRESENTACIÓN EN ORIGEN |
|---|---|
| FECHA PRESENTACIÓN EN ESPAÑA | FECHA CONCESIÓN EN ESPAÑA |
| ANTIGÜEDAD: N° MARCA ESPAÑOLA | FECHA ANTIGÜEDAD |

PRIORIDAD: PAÍS, NÚMERO Y FECHA

**OCCIDENTAL HOTELS AND RESORTS**

DESCRIPCIÓN (OPCIONAL)

| PRODUCTOS O SERVICIOS | CLASE |
|---|---|
| Comunicaciones por terminales de ordenador, radiofónicas, telefónicas, telegráficas; difusión de programas de televisión; emisiones televisadas y radiofónicas; información en materia de telecomunicación; expedición y transmisión de mensajes; radiodifusión; radiotelefonía móvil; transmisión de telecópias, telegramas, mensajes, y de mensajes e imágenes asisitidas por ordenador; televisión por cable. | 38 |

(Sello)                          FIRMA DEL FUNCIONARIO

NO CUMPLIMENTAR RECUADROS ENMARCADOS EN ROJO          Mod 4107



MINISTERIO
DE CIENCIA
Y TECNOLOGÍA



Oficina Española
de Patentes y Marcas

### CERTIFICADO - TÍTULO
### DE REGISTRO DE
### MARCA

N.º  **2 3 6 6 9 2 2**

Cumplidas las disposiciones establecidas en la vigente Ley de Marcas, de 10 de Noviembre de 1988, se expide el presente Título acreditativo de la concesión del registro de Marca cuyos datos figuran en la hoja unida a este documento.

De acuerdo con lo dispuesto en la mencionada Ley de Marcas, el registro de la Marca confiere a su titular el derecho exclusivo de utilizarlo en el tráfico económico. El registro ha quedado otorgado sin perjuicio de terceros, por diez años, contados desde la fecha del depósito de la solicitud y podrá renovarse indefinidamente por periodos ulteriores de diez años, siempre que se cumplan los requisitos legalmente establecidos.

De no efectuarse la renovación en la forma y plazos previstos legalmente, el registro será caducado.

Madrid a _____ 2 0 JUN 2001 _____

(Sello)

EL DIRECTOR DEL DEPARTAMENTO
DE SIGNOS DISTINTIVOS

Mod. 4103



**Oficina Española
de Patentes y Marcas**

REPRODUCCION Y DATOS DE LA
MARCA

2366922

N.º

| TITULAR | OCCIDENTAL HOTELES MANAGEMENT, S.A. |
|---|---|

| DISTINTIVO | MARCA NACIONAL DE ORIGEN | |
|---|---|---|
| | FECHA PRESENTACIÓN | FECHA CONCESIÓN 2 0 JUN 2001 |

**MARCA NACIONAL POR TRANSFORMACION**

| MARCA DE ORIGEN Y NÚMERO | FECHA PRESENTACIÓN EN ORIGEN |
|---|---|
| FECHA PRESENTACIÓN EN ESPAÑA | FECHA CONCESIÓN EN ESPAÑA |
| ANTIGÜEDAD: Nº MARCA ESPAÑOLA | FECHA ANTIGÜEDAD |

**OCCIDENTAL HOTELS AND RESORTS**

PRIORIDAD: PAÍS, NÚMERO Y FECHA

DESCRIPCIÓN (OPCIONAL)

| PRODUCTOS O SERVICIOS | CLASE 42 |
|---|---|

Agencias de alquiler de alojamiento (hoteles, pensiones); alquiler y
reserva de alojamientos temporales; bares; cafeterías; explotación
de terrenos de camping; servicios de campos de vacaciones
(alojamiento); cantinas; casas de vacaciones; clubs de encuentros;
consultas profesionales; gestión de lugares para exposiciones;
servicios hoteleros; reserva de hoteles; pensiones y reserva de
pensiones; restaurantes, restaurantes autoservicio, restaurantes de
servicio rápido y permanente (snack-bar); pubs.

(Sello)

FIRMA DEL FUNCIONARIO

NO CUMPLIMENTAR RECUADROS ENMARCADOS EN ROJO

Mod. 4107

```
08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN
```

# EXHIBIT C

OCCIDENTAL
HOTELS & RESORTS

**HOTELS
DESTINATIONS
ACTIVITIES
COMPANIES
SPECIALS**

who are we
login
Español

Talk to a Occidental
Reservations Agent live



▣ Push to talk



Enjoy
our hotels

**SPECIALS!!!**

⁕ Hot Deals

**24 March–22 April. Season Inauguration Offer:
Occidental Coral Beach (Marbella)**
The offer includes welcome
drink, buffet breakfast with your
stay, free acces to sauna & gym,
parking and free entrance to
Nueva Andalucía Casino

**142.00 EUR/night**

**See Hotel   Reservation**

· My reservations · Customer Relationship
· My profile      · Contact

Spain:    **900 100 149**
Europe:+**800 64 60 64 60**

USA &
Canada:     **1 800 858 2258**
Mexico:    **01 800 907 9500**

⁕

**on the beach**

Local gastronomy, themed
activities, sports and shows are
some of the common
characteristics of our vacation
brands Royal, Grand and
Allegro

**in the city**

Privileged location, executive
floors, convention and meeting
rooms are some of the services
we offer for your business trip

**New Openings
and Projects**

·Occidental Grand Aruba

·Occidental Royal Hideaway
Ensenachos

reservations



If you are familiar with our
hotels, you now have fast
access so you only have to
select your dates and the
room category you prefer.

© 2002 Occidental Hotels & Resorts All Rights Reserved
Terms and conditions of use

```
08CV2165           LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN
```

# EXHIBIT D

All Inclusive Vacations, Mexico, Costa Rica, Aruba, Dominican Republic All Inclusive Resorts

## OCCIDENTAL HOTELS & RESORTS

THE OCCIDENTAL EXPERIENCE   RESORTS   CITY HOTELS   ACTIVITIES   CHECK AVAILABILITY   SPECIALS   BROCHURES   TRAVEL AGENTS



*Allegro*

OCCIDENTAL GRAND

*Royal Hideaway*

OCCIDENTAL HOTELS

Discover and explore the gateway to your Occidental vacation



DESTINATIONS   ACTIVITIES   SPECIALS

Meetings & Groups   Weddings   Plan It All Here   The Club Royal   JOIN OUR MAILING LIST

All Inclusive Vacations, Mexico, Costa Rica, Aruba, Dominican Republic All Inclusive Resorts

Page 2 of 2

| Top group professionals that know their product and can match your client's needs. | For simply fabulous all-inclusive Wedding Celebrations in Mexico, Dominican Republic, Costa Rica, & Aruba! | Enjoy the convenience of booking air, hotel, transfers, excursions, dive and more. Once-in-a-lifetime memories sold here! | Exclusive Club-like **boutique-style hotel** within an Occidental Grand resort with premium services and amenities. | email address [SUBMIT] To receive special offers and our newsletter, please submit your email address. |

## ALL INCLUSIVE VACATIONS & RESORTS

Whether you're interested in **Mexico all inclusive resorts** as a way to get away with your significant other for a little while or you're searching for the perfect **Aruba all inclusive vacation package** for your whole family, the Occidental Experience is ready and waiting for you. We at Occidental Hotels & Resorts have dedicated ourselves to raising the bar for **all inclusive vacations** for both families and business travelers. Whatever type of trip you're planning, the Occidental Experience is an unforgettable one. We have a number of spectacular and luxurious **all inclusive resorts** located in some of the most popular vacation spots in the world -- locations you may already be planning to visit for your next trip. If you're interested in **Mexico all inclusive resorts**, you're sure to find something that will meet your vacation needs in our list of all inclusive Cancun packages. We also have plenty of other vacation options available for those interested in the Occidental Experience.

*Allegro*    ∞ OCCIDENTAL GRAND    *Royal Hideaway*    OCCIDENTAL HOTELS

∞ OCCIDENTAL HOTELS & RESORTS

For Information and Reservations
CALL **1-800-858-2258**

About Occidental · Contact Us   Media Library   Affiliates   Terms & Conditions for Use · Privacy Statement

Copyright © 2008 OCCIDENTAL HOTELS & RESORTS ALL RIGHTS RESERVED. OCCIDENTAL HOTELS & RESORTS REPRESENTED IN THE USA BY ALLEGRO RESORTS MARKETING CORP

4/11/2008

http://www.occidentalhotels.com/occidental/

08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

# EXHIBIT E

# Occidental Hotels and Resorts

Welcome to the Occidental Hotels and Resorts Reservations

HOME

RESERVATIONS

CONTACT



This Turtle did not stay at any Occidental or Allegro Resort Hotel and was Happy.

Brent McCoy Midlock; A happy, healthy, child, who loved his life, before he died at the Occidental Grand Flamenco Hotel in 2003



For more information you may go to www.brentmidlock.com

Here is the recovery of Brents Body



You may view the official Mexican Government report here <u>Occidental Death</u>

Brent was missing on Saturday at approximately 11:30 am, April 26, 2003. The resort operators knew that afternoon that Brent had been violently pulled into the uncovered,

unprotected pipe at the Grand Xcaret. They left an innocent child to stay in the pipe for 20 hours. Occidental would not even assist the family in getting his body home and refused to pay for his funeral. (from Brentmidlock.com)

Approximately 1/3 of the worldwide deaths of U.S. citizens from non-natural causes occur in certain regions of Mexico.

The Riveria Maya is one of the regions where significant tragic deaths occur weekly.

from www.brentstravelwarning.com

We would like to thank Mr. Jorn Kaae Senior Vice President of Sales and Marketing for his assistance and motiviation. He lied to the Better Business Bureau about who owned the resorts, claimed he was not with them, as well as being deceptinve to the state of Florida Department of Consumer Affiairs. Only an idiot would think that this site is ran by or affiliated with Occidental Hotels, which of course it is not.

CONTACT INFORMATION FOR OCCIDENTAL ALLEGRO HOTELS

This way you can contact them so they can deny who they are to your face when you have problems.

------------------------------------------
**U.S.A.**
6303 Blue Lagoon Drive Suite #250
Miami, Florida 33126
Tel.: 1-800-858-2258
or (305) 262-5909
Groups: 877-284-0935
------------------------------------------
**Canada**
130 Bloor St. West, Suite 301,
Toronto, Ontario M5S 1N5
Tel.: 1-800-858-2258
------------------------------------------
**Mexico**
Varsovia 44 - 503
Colonia Juarez
Mexico, D.F.
C.P. 06600 Mexico
Tel.: (52) 5 208 - 1223
------------------------------------------
**Spain**
Jose Abascal, 56, #5

28003 Madrid, Spain
Tel.: 900-100-149
or 34-91-395.9700

------------------------------------------

**Marketing Europe**
c/o Consaldis Gmbh
Lindwurmstrasse 109
80337 München Germany
Toll free 00 800 64 60 64 60
Tel.: (49) 89 - 74 74 71 0
Fax.(49) 89 - 74 74 71 71

Hotel Vila Del Mar 4 OH Lloret Del Mar Spain 44
Hotel Occidental Porta Coeli 4 OH Seville Spain 244
Hotel Occidental Sevilla 4 OH Seville Spain 242
Hotel Occidental Cordoba 4 OH Cordoba Spain 152
Hotel Gran Capitan 4 OH Cordoba Spain 96
Hotel Coral Beach 4-S OH Marbella Spain 170
Hotel Granada Center 4 OH Granada Spain 172
Hotel Occidental Teguise Playa 4 OH Lanzarote Spain 314
Hotel Occidental Oasis 4 OH Lanzarote Spain 370
Hotel Occidental Tenerife Gulf 4 OH Tenerife Spain 129
Hotel Occidental La Siesta 5 OH Tenerife Spain 282
Hotel Occidental Miguel Angel 4 OH Madrid Spain 263
Hotel Convencion 4 OH Madrid Spain 95
Hotel Convencion Barajas 5 OH Madrid Spain 790
Hotel de la Reconquista 3 OH Oviedo Spain 142
Gran Hotel 3 OH Jaca Spain 165
Oroel 3 OH Jaca Spain 125
Leyre 3 OH Pamplona Spain 55
Europa 3 OH Pamplona Spain 21
Byblos 3 OH Salamanca Spain 78
Bahia de Vigo 4 OH Vigo Spain 91
Hotel Metropolitan de Lisboa 4 OH Lisbon Portugal 315
Martinez 5 OH Cannes France 430
Imperator 4 OH Nimes France 60
Du Palais 5-S OH Biarritz France 156
Lutetia 5 OH Paris France 250
Ambassador 4 OH Paris France 288
Le Royal 5 OH Luxembourg Luxembourg 210
Hotel Bellini 4 OH Venice Italy 98
Grand Hotel Dei Dogi 5 OH Venice Italy 68
Airone 4 OH Marina Lido di C Italy 97
Real 3 OH Marina Lido V Italy 61
Astoria 4 OH Florence Italy 105
Tower 4 OH Bologna Italy 150
Grand Hotel Trento 4 OH Trento Italy 136
Hotel de la Villa 4 OH Vicenza Italy 118
Hotel Leon D'Oro 4 OH Verona Italy 205
Grand Hotel Palace 4 OH Rome Italy 95
Djerba Plaza 5 OH Djerba Tunisia 299

Occidental Hammamet 5 OH Hammamet Tunisia 202
Caribbean Village Abou Sofiane 3 AR Hammam-Sousse Tunisia 313
Caribbean Village Riviera 3 AR Hammam-Sousse Tunisia 250
Miami Dadeland Marriott 4 OH Miami USA 302
El Minzah 5 OH Tangiers Morroco 140
Caribbean Village Agadir 3 AR Agadir Morroco 406
Caribbean Village Manader 3 AR Agadir Morroco 113
Caribbean Village Tamlet 3 AR Agadir Morroco 250
Allegro Resort Bavaro 4 AR Bavaro Dominican 240
Republic
Occidental Flamenco Bavaro 4-S OH Bavaro Dominican 871
Republic
Occidental Playa Real 4 OH Juan Dolio Dominican 384
Republic
Occidental Flamenco Beach 4-S OH Puerto Plata Dominican 578
Republic
Gran Hotel Occidental 4 OH Puerto Plata Dominican 497
Playa Dorada Republic
Caribbean Village Club 3 AR Puerto Plata Dominican 336
on the Green Republic
Caribbean Village Playa Grande 3 AR Puerto Plata Dominican 300
Republic
Jack Tar Village Puerto Plata 3-S AR Puerto Plata Dominican 291
Republic
Occidental Cayacoa Beach 4 OH Samana Dominican 76
Republic
Occidental Cayo Levantado 4 OH Samana Dominican 46
Republic
Occidental Gran Bahia 4 OH Samana Dominican

Email us at info@occidentalhotels.net to share your experiences that will help others not
make the same mistakes we did. Site Launched 2-10-2007

Use of this site is free of charge and is for informational services only. Nothing on this page is
copyrighted except the turtle. Image of the turtle may not be reproduced without his written consent. The
turtle has an agent for personal appearances and movie production deals; he may be contacted through
the webmaster of this site. It is our sincere wish that all of you have nothing but great vacations, and
maybe by exposing the injustices viewed here the company will clean up thier act and treat us with
respect and give us what we paid for, relaxation in the sun.

08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

# EXHIBIT F

# Occidental Hotels and Resorts

Welcome to the Occidental Hotels and Resorts Reservations

<u>HOME</u>

<u>RESERVATIONS</u>

<u>CONTACT</u>



This Turtle did not stay at any Occidental or Allegro Resort Hotel and was Happy.

Brent McCoy Midlock; A happy, healthy, child, who loved his life, before he died at the Occidental
Grand Flamenco Hotel in 2003



For more information you may go to www.brentmidlock.com

CONTACT INFORMATION FOR OCCIDENTAL ALLEGRO HOTELS

This way you can contact them so they can deny who they are to your face when you have problems.

------------------------------------------
**U.S.A.**
6303 Blue Lagoon Drive Suite #250
Miami, Florida 33126
Tel.: 1-800-858-2258
or (305) 262-5909
Groups: 877-284-0935
------------------------------------------
**Canada**
130 Bloor St. West, Suite 301,
Toronto, Ontario M5S 1N5
Tel.: 1-800-858-2258
------------------------------------------
**Mexico**

Varsovia 44 - 503
Colonia Juarez
Mexico, D.F.
C.P. 06600 Mexico
Tel.: (52) 5 208 - 1223

-------------------------------------------

**Spain**
Jose Abascal, 56, #5
28003 Madrid, Spain
Tel.: 900-100-149
or 34-91-395.9700

-------------------------------------------

**Marketing Europe**
c/o Consaldis Gmbh
Lindwurmstrasse 109
80337 München Germany
Toll free 00 800 64 60 64 60
Tel.: (49) 89 - 74 74 71 0
Fax.(49) 89 - 74 74 71 71

Hotel Vila Del Mar 4 OH Lloret Del Mar Spain 44
Hotel Occidental Porta Coeli 4 OH Seville Spain 244
Hotel Occidental Sevilla 4 OH Seville Spain 242
Hotel Occidental Cordoba 4 OH Cordoba Spain 152
Hotel Gran Capitan 4 OH Cordoba Spain 96
Hotel Coral Beach 4-S OH Marbella Spain 170
Hotel Granada Center 4 OH Granada Spain 172
Hotel Occidental Teguise Playa 4 OH Lanzarote Spain 314
Hotel Occidental Oasis 4 OH Lanzarote Spain 370
Hotel Occidental Tenerife Gulf 4 OH Tenerife Spain 129
Hotel Occidental La Siesta 5 OH Tenerife Spain 282
Hotel Occidental Miguel Angel 4 OH Madrid Spain 263
Hotel Convencion 4 OH Madrid Spain 95
Hotel Convencion Barajas 5 OH Madrid Spain 790
Hotel de la Reconquista 3 OH Oviedo Spain 142
Gran Hotel 3 OH Jaca Spain 165
Oroel 3 OH Jaca Spain 125
Leyre 3 OH Pamplona Spain 55
Europa 3 OH Pamplona Spain 21
Byblos 3 OH Salamanca Spain 78
Bahia de Vigo 4 OH Vigo Spain 91
Hotel Metropolitan de Lisboa 4 OH Lisbon Portugal 315
Martinez 5 OH Cannes France 430
Imperator 4 OH Nimes France 60
Du Palais 5-S OH Biarritz France 156
Lutetia 5 OH Paris France 250
Ambassador 4 OH Paris France 288
Le Royal 5 OH Luxembourg Luxembourg 210
Hotel Bellini 4 OH Venice Italy 98
Grand Hotel Dei Dogi 5 OH Venice Italy 68
Airone 4 OH Marina Lido di C Italy 97

Real 3 OH Marina Lido V Italy 61
Astoria 4 OH Florence Italy 105
Tower 4 OH Bologna Italy 150
Grand Hotel Trento 4 OH Trento Italy 136
Hotel de la Villa 4 OH Vicenza Italy 118
Hotel Leon D'Oro 4 OH Verona Italy 205
Grand Hotel Palace 4 OH Rome Italy 95
Djerba Plaza 5 OH Djerba Tunisia 299
Occidental Hammamet 5 OH Hammamet Tunisia 202
Caribbean Village Abou Sofiane 3 AR Hammam-Sousse Tunisia 313
Caribbean Village Riviera 3 AR Hammam-Sousse Tunisia 250
Miami Dadeland Marriott 4 OH Miami USA 302
El Minzah 5 OH Tangiers Morroco 140
Caribbean Village Agadir 3 AR Agadir Morroco 406
Caribbean Village Manader 3 AR Agadir Morroco 113
Caribbean Village Tamlet 3 AR Agadir Morroco 250
Allegro Resort Bavaro 4 AR Bavaro Dominican 240
Republic
Occidental Flamenco Bavaro 4-S OH Bavaro Dominican 871
Republic
Occidental Playa Real 4 OH Juan Dolio Dominican 384
Republic
Occidental Flamenco Beach 4-S OH Puerto Plata Dominican 578
Republic
Gran Hotel Occidental 4 OH Puerto Plata Dominican 497
Playa Dorada Republic
Caribbean Village Club 3 AR Puerto Plata Dominican 336
on the Green Republic
Caribbean Village Playa Grande 3 AR Puerto Plata Dominican 300
Republic
Jack Tar Village Puerto Plata 3-S AR Puerto Plata Dominican 291
Republic
Occidental Cayacoa Beach 4 OH Samana Dominican 76
Republic
Occidental Cayo Levantado 4 OH Samana Dominican 46
Republic
Occidental Gran Bahia 4 OH Samana Dominican

Email us at info@occidentalhotels.net to share your experiences that will help others not
make the same mistakes we did. Site Launched 2-10-2007

Use of this site is free of charge and is for informational services only. Nothing on this page is
copyrighted except the turtle. Image of the turtle may not be reproduced without his written consent. The
turtle has an agent for personal appearances and movie production deals; he may be contacted through
the webmaster of this site. It is our sincere wish that all of you have nothing but great vacations, and
maybe by exposing the injustices viewed here the company will clean up thier act and treat us with
respect and give us what we paid for, relaxation in the sun.

```
08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN
```

# EXHIBIT G

," />

# Occidental Resorts

Welcome to the Occidental Resorts Reservations and Vacation Information

For all your informaton needs on Occidental Resorts worldwide. Please contact us as we love to hear from you and your vacation experience.

CONTACT INFORMATION FOR OCCIDENTAL ALLEGRO RESORTS

This way you can contact them so they can deny who they are to your face when you have problems. Allegro resorts does not care about your vacation problems so it is up to us to help each other with vacation information. Please see reservation page for problem alerts and death of a child at thier resort.

HOME

RESERVATIONS

CONTACT

A happy, healthy, child, who loved his life, before he died at the Occidental Grand Flamenco Hotel in 2003 Brent McCoy Midlock



Brent was missing on Saturday at approximately 11:30 am, April 26, 2003. The resort operators knew that afternoon that Brent had been violently pulled into the uncovered, unprotected pipe at the Grand Xcaret. They left an innocent child to stay in the pipe for 20 hours. Occidental would not even assist the family in getting his body home and refused to pay for his funeral. (from Brentmidlock.com) The family even had to pay $3000 to Mexico before they would release his body to be taken home. The resort refused to help get Brents body home. Refused any assitance with Mexican government. Refused to help pay for his funeral.



-------------------------------------------
**U.S.A.**
6303 Blue Lagoon Drive Suite #250
Miami, Florida 33126
Tel.: 1-800-858-2258
or (305) 262-5909
Groups: 877-284-0935
-------------------------------------------
**Canada**
130 Bloor St. West, Suite 301,
Toronto, Ontario M5S 1N5
Tel.: 1-800-858-2258
-------------------------------------------
**Mexico**
Varsovia 44 - 503
Colonia Juarez
Mexico, D.F.
C.P. 06600 Mexico
Tel.: (52) 5 208 - 1223
-------------------------------------------
**Spain**
Jose Abascal, 56, #5
28003 Madrid, Spain
Tel.: 900-100-149
or 34-91-395.9700
-------------------------------------------
**Marketing Europe**
c/o Consaldis Gmbh
Lindwurmstrasse 109

80337 München Germany
Toll free 00 800 64 60 64 60
Tel.: (49) 89 - 74 74 71 0
Fax.(49) 89 - 74 74 71 71



This Turtle did not stay at any Occidental Hotels and was Happy and safe.

Hotel Vila Del Mar 4 OH Lloret Del Mar Spain 44
Hotel Occidental Porta Coeli 4 OH Seville Spain 244
Hotel Occidental Sevilla 4 OH Seville Spain 242
Hotel Occidental Cordoba 4 OH Cordoba Spain 152
Hotel Gran Capitan 4 OH Cordoba Spain 96
Hotel Coral Beach 4-S OH Marbella Spain 170
Hotel Granada Center 4 OH Granada Spain 172
Hotel Occidental Teguise Playa 4 OH Lanzarote Spain 314
Hotel Occidental Oasis 4 OH Lanzarote Spain 370
Hotel Occidental Tenerife Gulf 4 OH Tenerife Spain 129
Hotel Occidental La Siesta 5 OH Tenerife Spain 282
Hotel Occidental Miguel Angel 4 OH Madrid Spain 263
Hotel Convencion 4 OH Madrid Spain 95
Hotel Convencion Barajas 5 OH Madrid Spain 790
Hotel de la Reconquista 3 OH Oviedo Spain 142
Gran Hotel 3 OH Jaca Spain 165
Oroel 3 OH Jaca Spain 125
Leyre 3 OH Pamplona Spain 55
Europa 3 OH Pamplona Spain 21
Byblos 3 OH Salamanca Spain 78
Bahia de Vigo 4 OH Vigo Spain 91
Hotel Metropolitan de Lisboa 4 OH Lisbon Portugal 315
Martinez 5 OH Cannes France 430
Imperator 4 OH Nimes France 60
Du Palais 5-S OH Biarritz France 156
Lutetia 5 OH Paris France 250
Ambassador 4 OH Paris France 288

Le Royal 5 OH Luxembourg Luxembourg 210
Hotel Bellini 4 OH Venice Italy 98
Grand Hotel Dei Dogi 5 OH Venice Italy 68
Airone 4 OH Marina Lido di C Italy 97
Real 3 OH Marina Lido V Italy 61
Astoria 4 OH Florence Italy 105
Tower 4 OH Bologna Italy 150
Grand Hotel Trento 4 OH Trento Italy 136
Hotel de la Villa 4 OH Vicenza Italy 118
Hotel Leon D'Oro 4 OH Verona Italy 205
Grand Hotel Palace 4 OH Rome Italy 95
Djerba Plaza 5 OH Djerba Tunisia 299
Occidental Hammamet 5 OH Hammamet Tunisia 202
Caribbean Village Abou Sofiane 3 AR Hammam-Sousse Tunisia 313
Caribbean Village Riviera 3 AR Hammam-Sousse Tunisia 250
Miami Dadeland Marriott 4 OH Miami USA 302
El Minzah 5 OH Tangiers Morroco 140
Caribbean Village Agadir 3 AR Agadir Morroco 406
Caribbean Village Manader 3 AR Agadir Morroco 113
Caribbean Village Tamlet 3 AR Agadir Morroco 250
Allegro Resort Bavaro 4 AR Bavaro Dominican 240
Republic
Occidental Flamenco Bavaro 4-S OH Bavaro Dominican 871
Republic
Occidental Playa Real 4 OH Juan Dolio Dominican 384
Republic
Occidental Flamenco Beach 4-S OH Puerto Plata Dominican 578
Republic
Gran Hotel Occidental 4 OH Puerto Plata Dominican 497
Playa Dorada Republic
Caribbean Village Club 3 AR Puerto Plata Dominican 336
on the Green Republic
Caribbean Village Playa Grande 3 AR Puerto Plata Dominican 300
Republic
Jack Tar Village Puerto Plata 3-S AR Puerto Plata Dominican 291
Republic
Occidental Cayacoa Beach 4 OH Samana Dominican 76
Republic
Occidental Cayo Levantado 4 OH Samana Dominican 46
Republic
Occidental Gran Bahia 4 OH Samana Dominican

Email us at info@occidentalhotels.net to share your experiences that will help others not
make the same mistakes we did.

Use of this site is free of charge and is for informational services only. Nothing on this page is
copyrighted except the turtle. Image of the turtle may not be reproduced without his written consent. The
turtle has an agent for personal appearances, commercial and movie production deals; he may be
contacted through the webmaster of this site. As the turtle is very busy it may take some time for him to
reply if ever as he insists on typiing his own emails and those flippers.....It is our sincere wish that all of
you have nothing but great vacations, and maybe by exposing the injustices viewed here the company

will clean up thier act and treat us with respect and give us what we paid for, relaxation in the sun. Best wishes on all your vacations and be safe.