# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Occidental Hoteles Management, S.L.<br>v.<br>Hargrave Arts, LLC and Carter Hargrave | Case Number: Pending<br><br>FILED: APRIL 16, 2008<br>08CV2165       LI<br>JUDGE   GOTTSCHALL<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Occidental Hoteles Management, S.L.

| |
|---|
| NAME (Type or print)<br>William J. Cremer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ William J. Cremer |
| FIRM<br>Cremer, Kopon, Shaughnessy & Spina, LLC |
| STREET ADDRESS<br>180 North LaSalle Street, Suite 3300 |
| CITY/STATE/ZIP<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>061808333 | TELEPHONE NUMBER<br>312-726-3800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐