**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OCCIDENTAL HOTELES MANAGEMENT, S.L. | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 08-cv-2165 |
| HARGRAVE ARTS, LLC and CARTER HARGRAVE | ) ) ) | Honorable Joan B. Gottschal |
| Defendants. | ) ) ) | Honorable Martin C. Ashman Magistrate Judge |

**NOTICE OF CLAIMS ARISING UNDER**
**<u>UNITED STATES TRADEMARK LAWS</u>**

Plaintiff, Occidental Hoteles Management, S.L., f/k/a Occidental Hoteles Management, S.A., pursuant to Local Rule 3.4 hereby gives notice of its claims arising under U.S. Code, Title 15.

1. Plaintiff's address is Jose Abascal, n. 56, Madrid, Spain 28003.

2. Defendant Hargrave Arts, LLC's address is P.O. Box 52820, Tulsa, Oklahoma 74152.

3. Defendant Carter Hargrave's address is 1037 E. 34th St., Tulsa, Oklahoma 74105.

4. The registration numbers upon which this suit has been brought are as follows:

   - Office for the Harmonization in the Internal Market (European Union)—No. 002248409.

   - Oficina Española de Patentes y Marcas (Spain)—Nos. 2366919-2366922 inclusive.

   - Patent and Trademark Office (United States)—common law trademark.

        Cremer, Kopon, Shaughnessy & Spina, LLC


        By:  _s/ William J. Cremer_____
                One of Its Attorneys

Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel:  (312) 726-3800
Fax: (312) 726-3818

*190179_1*

2