IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OCCIDENTAL HOTELES MANAGEMENT, S.L. | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 08-cv-2165 |
| HARGRAVE ARTS, LLC and CARTER HARGRAVE | ) ) ) | Honorable Joan B. Gottschall |
| Defendants. | ) ) ) | Honorable Martin C. Ashman Magistrate Judge |

**CERTIFICATE REGARDING VOLUNTARY
MEDIATION PROGRAM FOR LANHAM ACT CASES**

Counsel for Plaintiff, Occidental Hoteles Management, S.L., f/k/a Occidental Hoteles Management, S.A., hereby files the required certificate pursuant to the Court's letter dated April 17, 2008.

1. Counsel for Plaintiff received the Court's letter dated April 17, 2008 (enclosing the Lanham Act voluntary mediation materials) on April 22, 2008.

2. Counsel for Plaintiff provided its client with said materials on May 5, 2008.

3. Counsel sent said materials via Federal Express directly to all Defendants on May 9, 2008 – as Defendants have not yet filed an appearance of legal counsel in this case.

Cremer, Kopon, Shaughnessy & Spina, LLC


By: _s/ William J. Cremer_____
       One of Its Attorneys

Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel:  (312) 726-3800
Fax: (312) 726-3818

192534-1                                                         1