**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OCCIDENTAL HOTELES MANAGEMENT, S.L. | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 08-cv-2165 |
| HARGRAVE ARTS, LLC and CARTER HARGRAVE | ) ) ) | Honorable Joan B. Gottschall |
| Defendants. | ) ) | Honorable Martin C. Ashman |

<u>**MOTION FOR DEFAULT JUDGMENT**</u>

Plaintiff Occidental Hoteles Management, S.L., by its attorneys CREMER, KOPON, SHAUGHNESSY & SPINA, LLC, pursuant to Fed. R. Civ. P. 55, moves for entry of judgment by default against Defendants Hargrave Arts, LLC and Carter Hargrave on Plaintiff's Complaint for Permanent Injunction and Other Relief.  In support of its motion, Plaintiff states as follows:

1.    On April 16, 2008, Occidental Hoteles Management, S.L. filed a Complaint for Permanent Injunction and Other Relief.  (Docket Entry #1)

2.    On May 15, 2008, Defendants Hargrave Arts, LLC and Carter Hargrave were formally served with process at their address of record – based upon the records of the Oklahoma Secretary of State – via Federal Express, signature return required.  A copy of the Oklahoma Secretary of State record is attached as **Exhibit A,** and a copy of the proof of service and related materials is attached hereto as **Exhibit B.**

3.    To date, Defendants Hargrave Arts, LLC and Carter Hargrave have failed to appear, answer or otherwise plead in response to Occidental Hoteles Management, S.L.'s Complaint.  Accordingly, Defendants Hargrave Arts, LLC and Carter Hargrave are in default.

WHEREFORE, Plaintiff Occidental Hoteles Management, S.L. requests entry of judgment by default in its favor and against Defendants Hargrave Arts, LLC and Carter Hargrave, granting all relief sought by Plaintiff in its Complaint for Permanent Injunction and Other Relief.

Cremer, Kopon, Shaughnessy & Spina, LLC


By: _/s William J. Cremer_____
        One of Its Attorneys

Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: (312) 726-3800
Fax: (312) 726-3818



*Secretary of State*

# SOONERAccess

| Home | Business Entities | Trademarks | Notary | Account | Briefcase | Help/FAQs | Login |
|---|---|---|---|---|---|---|---|

**Home**  **Name Availability**  **Entity Search**  **Entity Orders**  **Bulk Orders**  **Web Filings**

## BUSINESS ENTITIES SEARCH RESULTS

There is a $5.00 charge to view entity details on one to three entities per web session. You must have already entered credit card information or be logged in as a subscriber in order to view entity details.

This search was performed on with the following search parameter:
**ENTITY NAME : hargrave arts**

| Select | Filing Number | Name | Entity Type | Name Type |
|---|---|---|---|---|
| ⊙ | 3512060308 | HARGRAVE ARTS LLC | Domestic Limited Liability Company | Legal |
| | | **(RA) Registered Agent:** HARGRAVE CARTER 1037 E 34TH ST TULSA, OK 74105 | | |
| | | **(RA) Effective Date:** 1/7/2005 | | |
| ⊙ | 1900465138 | HARGRAVE'S NURSERY | Domestic For Profit Business Corporation | Tradename |
| | | **(RA) Registered Agent:** WILLIAM G. DICKINSON 707 MOORE S.W. ARDMORE, OK 73401 | | |
| | | **(RA) Effective Date:** 3/3/1988 | | |
| ⊙ | 1900512942 | HARGRAVES ELECTRIC, INC. | Domestic For Profit Business Corporation | Legal |
| | | **(RA) Registered Agent:** RAY A HARGRAVES 7343 E INDEPENDENCE TULSA, OK 74115 | | |
| | | **(RA) Effective Date:** 5/29/1992 | | |
| ⊙ | 1900394721 | HARGROVE & ASSOCIATES, INC. | Domestic For Profit Business Corporation | Legal |
| | | **(RA) Registered Agent:** BARRY HARGROVE 4635 E 13TH PL | | |

**EXHIBIT A**

TULSA, OK 74112

**(RA) Effective Date:** 11/21/1978

| ○ | 1900470235 | HARGRAVE AND WILSON, INC. | Domestic For Profit Business Corporation | Legal |

**(RA) Registered Agent:** DONALD E WILSON
7305 NW 23RD, #108
BETHANY, OK 73008

**(RA) Effective Date:** 8/8/1988

| ○ | 1900594417 | HARGRAVE FARMS, INC. | Domestic For Profit Business Corporation | Legal |

**(RA) Registered Agent:** JOHN R HARGRAVE
204 N SECOND ST
WEWOKA, OK 74884

**(RA) Effective Date:** 12/3/1997

| ○ | 1910012025 | HARGRAVE, BURGIN LUMBER COMPANY | Domestic For Profit Business Corporation | Legal |

**(RA) Registered Agent:** None on Record
**(RA) Effective Date:**

| ○ | 2312161771 | HARGROVE AND ASSOCIATES, INC. | Foreign For Profit Corporation Engineering and/or Architect | Legal |

**(RA) Registered Agent:** THE CORPORATION COMPANY
120 N ROBINSON STE 735
OKLAHOMA CITY, OK 73102

**(RA) Effective Date:** 11/20/2007

| ○ | 1900221300 | HARGROVE, INC. | Domestic For Profit Business Corporation | Legal |

**(RA) Registered Agent:** JAMES E. HARGROVE
534 W. OKMULGEE
MUSKOGEE, OK

**(RA) Effective Date:** 6/4/1969

| ○ | 2300520713 | HARGROVE, INC. | Foreign For Profit Business Corporation | Legal |

**(RA) Registered Agent:** SECRETARY OF STATE
2300 N LINCOLN BLVD RM

101
OKC, OK 73105 4897

**(RA) Effective Date:** 2/5/1993

▲ Top of Page

Records 1 to 10 of 43    Next >>

Order    New Search

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing, select the Radio button listed under 'Select' that is associated with the entity and press the 'Order' button.

Support Request
**Version 2.5**

## Bennett, Cathy

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, May 15, 2008 9:45 AM |
| **To:** | Bennett, Cathy |
| **Subject:** | FedEx Shipment 792699927242 Delivered |

This tracking update has been requested by:

Company Name:            Cremer, Kopon, Shaughnessy
Name:                    Joshua D. Yeager
E-mail:                  cbennett@cksslaw.com

Our records indicate that the following shipment has been delivered:

Reference:               312-6
Ship (P/U) date:         May 14, 2008
Delivery date:           May 15, 2008 9:37 AM
Sign for by:             M.LYONS
Delivered to:            Residence
Service type:            FedEx Priority Overnight
Packaging type:          Your Packaging
Number of pieces:        1
Weight:                  1.00 lb.
Special handling/Services:  Residential Delivery
                         Adult Signature Required
                         Deliver Weekday

Tracking number:         792699927242

Shipper Information              Recipient Information
Joshua D. Yeager                 Carter Hargrave
Cremer, Kopon, Shaughnessy       Hargrave Arts, LLC
180 North LaSalle Street;Suite 3300   1037 E. 34th Street
Chicago                          Tulsa
IL                               OK
US                               US
60601                            74105

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:44 AM CDT
on 05/15/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

**EXHIBIT B**

5/15/2008

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.



**Writer's Direct:**
(312) 980-3011

**Writer's E-Mail:**
jyeager@cksslaw.com

May 9, 2008

Carter Hargrave &
Hargrave Arts, LLC c/o Carter Hargrave
1037 E. 34th St.
Tulsa, OK 74105

     RE:   *Occidental Hoteles Management, S.L. v. Hargrave Arts, LLC*
            Case #:     08-cv-2165
            Our File #:   312-6

Dear Mr. Hargrave:

       We recently filed a five-count complaint against you individually and against Hargrave Arts, LLC. Copies of the complaint and summons are enclosed. Pursuant to the attached minute entry, the Court has ordered a status hearing for June 18, 2008 at 9:30 a.m. A copy of the Lanham Act mediation program packet is also enclosed for review by you and/or any attorney you may have retained.

                       Very truly yours,

                       Joshua D. Yeager

Encl.

*#192362*



FedEx Ship Manager - Print Your Label(s)

Page 1 of 1

Joshua D. Yeager
Cremer, Kopon, Shaughnessy
180 North LaSalle Street
Suite 3300
Chicago, IL 60601

BILL SENDER

SHIP TO: 918-742-1354
Carter Hargrave
Hargrave Arts, LLC
1037 E. 34th Street

Tulsa, OK 74105

ActWgt: 1 LB
System#: 4376538/INET8010
Account#: S *********

Delivery Address Bar Code

Ref #   312-6
Invoice #
PO #
Dept #

TRK#   7926 9992 7242
0201

AU TULA

THU - 15MAY
PRIORITY OVERNIGH
ASR

74105
OK-US
TUL

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Occidental Hoteles Management, S.L.

Plaintiff,

v.

Case No.: 1:08−cv−02165
Honorable Joan B. Gottschall

Hargrave Arts, LLC, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 26, 2008:

MINUTE entry before Judge Honorable Joan B. Gottschall: Status hearing set for 6/18/2008 at 09:30 AM. Plaintiff is directed to advise the defendants of the status hearing forthwith. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

OCCIDENTAL HOTELES, S.L.

v.

HARGRAVE ARTS, LLC, and CARTER
HARGRAVE

C.          08CV2165
As          JUDGE GOTTSCHALL
DE          MAG. JUDGE ASHMAN
MA

TO: (Name and address of Defendant)

CARTER HARGRAVE
1037 E. 34th Street
Tulsa, OK  74015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Cremer
Cremer, Kopon, Shaughnessy & Spina, LLC
180 N. LaSalle Street, Suite 3300
Chicago, IL  60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

URI ISUFI

(By) DEPUTY CLERK

APR 1 6 2008

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

# RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 9, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Cathy Bennett | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):   Federal Express on 5/9/08 _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date            *Signature of Server*


                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

OCCIDENTAL HOTELES, S.L.

V.

HARGRAVE ARTS, LLC, and CARTER
HARGRAVE

**08CV2165**
**JUDGE GOTTSCHALL**
**MAG. JUDGE ASHMAN**

TO: (Name and address of Defendant)

CARTER HARGRAVE
1037 E. 34th Street
Tulsa, OK  74015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Cremer
Cremer, Kopon, Shaughnessy & Spina, LLC
180 N. LaSalle Street, Suite 3300
Chicago, IL  60601

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

_____
(BY) DEPUTY CLERK

**APR 1 6 2008**
_____
DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
| --- | --- |
| Service of the Summons and complaint was made by me[1] | May 9, 2008 |
| NAME OF SERVER *(PRINT)* | TITLE |
| Cathy Bennett | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  Federal Express on 5/9/08 _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                      Date                    *Signature of Server*


                                    _____
                                    *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

312-6
Blue

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

OCCIDENTAL HOTELES, S.L.

V.

HARGRAVE ARTS, LLC, and CARTER
HARGRAVE

08CV2165
JUDGE GOTTSCHALL
MAG. JUDGE ASHMAN

TO: (Name and address of Defendant)

HARGRAVE ARTS, LLC
c/o CARTER HARGRAVE
1037 E. 34th Street
Tulsa, OK  74015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Cremer
Cremer, Kopon, Shaughnessy & Spina, LLC
180 N. LaSalle Street, Suite 3300
Chicago, IL  60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

URI ISUFI

(By) DEPUTY CLERK

APR 1 6 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 9, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Cathy Bennett | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  Federal Express on 5/9/08 _____

# STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

# DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date           *Signature of Server*

          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

OCCIDENTAL HOTELES, S.L.

V.

HARGRAVE ARTS, LLC, and CARTER
HARGRAVE

CA:

ASS

DE:

MAGIS...

**08CV2165
JUDGE GOTTSCHALL
MAG. JUDGE ASHMAN**

TO: (Name and address of Defendant)

HARGRAVE ARTS, LLC
c/o CARTER HARGRAVE
1037 E. 34th Street
Tulsa, OK  74015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Cremer
Cremer, Kopon, Shaughnessy & Spina, LLC
180 N. LaSalle Street, Suite 3300
Chicago, IL  60601

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

_____
(BY) DEPUTY CLERK

APR 1 6 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

|  |  |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>May 9, 2008 |
| NAME OF SERVER *(PRINT)*<br>Cathy Bennett | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  Federal Express on 5/9/08 _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                    *Signature of Server*


            _____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

OCCIDENTAL HOTELES
MANAGEMENT, S.L.

              Plaintiff

    v.

HARGRAVE ARTS, LLC and
CARTER HARGRAVE

              Defendants.

)
)
)
)
)
)
)
)
)
)

FILED: APRIL 16, 2008
08CV2165      LI
JUDGE   GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

Case No.

### COMPLAINT FOR
### PERMANENT INJUNCTION AND OTHER RELIEF

#### Parties

1.     Plaintiff, Occidental Hoteles Management, S.L., f/k/a Occidental Hoteles Management, S.A., is a corporation organized under the laws of Spain with its principal place of business located at Jose Abascal, n. 56, Madrid, Spain 28003.

2.     Defendant, Hargrave Arts, LLC, upon information and belief, is a corporation organized under the laws of the State of Oklahoma with a registered address of P.O. Box 52820, Tulsa, Oklahoma 74152.

3.     Defendant, Carter Hargrave, is an individual and, upon information and belief, is a member of Hargrave Arts, LLC and resides at 1037 E. 34th St., Tulsa, Oklahoma 74105.

4.     This Court has jurisdiction over this civil action brought under the Lanham Act, 15 U.S.C. §§ 1051-1127, jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332 (a)(2), 1338.

### Count I- Anticybersquatting Consumer Protection Act

5.    Plaintiff repeats and realleges paragraphs 1-4 as though fully set forth in this count.

6.    "Occidental Hotels and Resorts" (the "Mark") is a copyrighted and otherwise protected business name, service mark, trademark, and trade name used by Plaintiff, Occidental branded hotels located throughout the world, and other companies authorized by Plaintiff.

7.    Plaintiff has authorized and/or licensed the Mark to other companies that own, operate, manage, and/or market Occidental branded properties throughout the United States and the world.

8.    Plaintiff and other authorized companies actively utilize the Internet in connection with promoting and rendering the Occidental branded hotels and resorts.

9.    Since at least 1985, Plaintiff and other authorized companies have used the Mark in connection with the Occidental branded hotel and resort business.

10.    Since at least 1985, Plaintiff has permitted authorized companies to continuously advertise and market Occidental branded hotels and resorts under the Mark throughout the United States.

11.    Plaintiff has never authorized or licensed Defendants' use of the Mark.

12.    Plaintiff has registered the Mark with numerous foreign trademark agencies, e.g., Office for the Harmonization in the Internal Market (European Union) and Oficina Española de Patentes y Marcas (Spain). Copies of certificates of said registrations are attached hereto as **Exhibits A and B**, respectively.

13.    Plaintiff enjoys widespread recognition and fame associated with its Mark by virtue of active promotion, including the operation of two authorized and well-known

Internet web sites, www.occidental-hoteles.com and www.occidentalhotels.com, copies of which are attached hereto as **Exhibits C and D**, respectively.

14.     Over the course of many years, Plaintiff and other authorized companies have spent considerable sums of money and effort to establish the good will and renown of the Mark.  Today, in the minds of consumers, the Mark has become associated with high quality and reputable hotel and resort services.

15.     Plaintiff's Mark is distinctive and famous.

16.     Defendants are engaged in the business of martial arts training.

17.     Defendants are not engaged in the hotel and resort business.

18.     Defendants maintain Internet web sites including www.occidentalhotels.net, www.occidentalhotels.us, and www.occidental-resorts.net, copies of which are attached hereto as **Exhibits E, F, and G**, respectively.

19.     The Internet web sites maintained by Defendants are identical and/or confusingly similar to Plaintiff's Mark.

20.     Defendants began using the Mark after Plaintiff adopted and began using its well-known Mark.

21.     Defendants' use of the Occidental Hotels and Resorts name and/or the Mark in interstate commerce is likely to further cause confusion, mistake, or deception as to the source or origin of Defendants' statements or services and/or result in the belief that Defendants' statements or services are provided by, sponsored by, approved by, licensed by, or affiliated with or in some other way legitimately connected with Plaintiff.

22.    On February 10, 2007, Defendant Carter Hargrave sent an email to Plaintiff warning that Hargrave directed his company, Hargrave Arts, LLC, to obtain the domain name occidentalhotels.net and to construct an infringing website where complaints about an Occidental branded hotel would be made public.

23.    Defendants obtained and launched the web sites at issue with the bad faith intent to profit and extract financial gain from Plaintiff.

24.    On April 17, 2007, Plaintiff filed a First Revised Complaint against Defendant Hargrave Arts, LLC in accordance with the Uniform Domain Name Dispute Resolution Policy in the National Arbitration Forum.

25.    On June 14, 2007, in response to Plaintiff's National Arbitration Forum Complaint, Defendants created a second infringing web site, www.occidentalhotels.us, a copy of which is attached as **Exhibit F**.

26.    On July 19, 2007, in further response to Plaintiff's National Arbitration Forum Complaint, Defendants created a third infringing web site, www.occidental-resorts.net, in which Defendants advertised a sham lodging operation, a copy of which is attached as **Exhibit G**.

27.    On November 30, 2007, Plaintiff's counsel sent Defendant a cease and desist letter demanding that Defendants stop its use of the Occidental brand name and the Mark in its web sites.

28.    On March 13, 2008, Plaintiff's counsel sent another letter to Defendants' counsel requesting a response to the cease and desist letter.

29.    Defendants continued their improper use of the Mark after their receipt of the November 30, 2007 and March 13, 2008 letters, and such use continues to this day.

30.     Defendants have willfully ignored Plaintiff's repeated demands to cease and desist,

and continue to use a name or mark which is substantially identical and/or

confusingly similar to the Mark, placing Defendants in violation of the Lanham Act,

15 U.S.C. § 1125(d).

31.     Plaintiff has suffered damages caused by Defendants' conduct in excess of $75,000.

### Count II- Trademark Infringement

32.     Plaintiff repeats and realleges paragraphs 1-31 as though fully set forth in this count.

33.     Plaintiff has protectable rights in its Mark which have been and continue to be

violated by Defendants.

34.     Defendants' use of the Occidental Hotels and Resorts name and/or the Mark in

interstate commerce has caused and is likely to further cause confusion, mistake, or

deception as to the source or origin of Defendants' statements or services and/or

result in the belief that Defendants' statements or services are provided by, sponsored

by, approved by, licensed by, or affiliated with or in some other way legitimately

connected with Plaintiff.

35.     The use by Defendants of the Occidental Hotels and Resorts name or Mark or any

colorable imitation interferes with and will continue to interfere with Plaintiff's

ability to use, enjoy, and create further good will under the Mark.

36.     Defendants' use of the Occidental Hotels and Resorts name or Mark is likely to result

in the dilution of the exclusive rights which Plaintiff now enjoys in connection with

its Mark.

37.     Defendants' infringement is willful and deliberate.

38.    The use by Defendants of the Occidental Hotels and Resorts name or Mark or any colorable imitation constitutes trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114.

39.    The good will of Plaintiff's business activities under the Mark is of enormous value, and Plaintiff has an inadequate remedy at law and will suffer irreparable harm should the infringement be allowed to continue.

### Count III- Trademark Dilution

40.    Plaintiff repeats and realleges paragraphs 1-39 as though fully set forth in this count.

41.    The Mark is famous, having become distinctive to consumers in the field of the hotel, resort, and vacation business. The Mark has acquired distinctiveness in the minds of the relevant public by virtue of more than 22 years of continuous use and by virtue of Plaintiff's expenditure of substantial amounts of money to advertise and promote the Mark and Plaintiff's widespread use of the Mark throughout the world and via the Internet including the two authorized and well-known Internet web sites, www.occidental-hoteles.com and www.occidentalhotels.com.

42.    Defendants are promoting and marketing its statements and services under the infringing and confusingly similar Occidental Hotels and Resorts name in the same channel of commerce, namely the Internet, as does Plaintiff.

43.    Defendants' use of the Occidental Hotels and Resorts name or Mark began after the mark became famous, and threatens to dilute, and has diluted, the distinctive quality of the Mark in violation of the Lanham Act, 15 U.S.C. § 1125(a).

44.  As a direct and proximate result of Defendants' dilution of the Mark, Plaintiff has suffered damage and will continue to suffer damage unless Defendants' use of the Occidental Hotels and Resorts name or Mark is enjoined by this Court.

### Act Count IV- Oklahoma Consumer Protection

45.  Plaintiff repeats and realleges paragraphs 1-44 as though fully set forth in this count.

46.  This Court has supplemental jurisdiction over this claim, arising out of the common nucleus of operative facts as previous counts, pursuant to 28 U.S.C. § 1367.

47.  Defendants' use of the Mark constitutes an unfair or deceptive trade practice under OKLA. STAT. tit. 15, § 753 (2003) in that Defendants:

  a.  Make a false or misleading representation, knowingly or with reason to know, as to affiliation, connection, association with, or certification by another; and

  b.  Falsely state or imply that any person, product or service is recommended or endorsed by a named third person

48.  Defendants' acts have caused and, unless restrained, will continue to cause irreparable harm, damage, and injury to both Plaintiff and consumers.

### Count V- Oklahoma Deceptive Trade Practices Act

49.  Plaintiff repeats and realleges paragraphs 1-48 as though fully set forth in this count.

50.  This Court has supplemental jurisdiction over this claim, arising out of the common nucleus of operative facts as previous counts, pursuant to 28 U.S.C. § 1367.

51.  Defendants' use of the Mark constitutes a deceptive trade practice under OKLA. STAT. tit. 78 § 53 (2004) in that Defendants:

  a.  Knowingly make a false representation as to the source, sponsorship, approval, or certification of goods or services;

b. Knowingly make a false representation as to affiliation, connection, association with, or certification by another;

c. Knowingly make a false representation as to the characteristics, ingredients, uses, benefits or quantities of goods or services or a false representation as to the sponsorship, approval, status, affiliation, or connection of a person therewith;

d. Represent that goods or services are a particular standard, quality, or grade, or that goods are a particular style or model, if they are another; and

e. Disparage the goods, services, or business of another by false or misleading representation of fact.

52. Defendants' acts have caused and, unless restrained, will continue to cause irreparable harm, damages, and injury to Plaintiff.

WHEREFORE, Occidental Hoteles Management, S.L. prays for judgment in its favor; as well as an award of its costs of suit (including attorneys fees); and any additional relief as may be necessary or that the Court may deem just and proper. In the alternative, Plaintiff prays that the Court permanently enjoin Carter Hargrave and Hargrave Arts, LLC from operating any website bearing the Occidental Hotels and Resorts name, the Mark, and/or any confusingly similar marks and immediately transfer all rights in such domain names to Occidental Hoteles Management, S.L.

Cremer, Kopon, Shaughnessy & Spina, LLC

By: _/s William J. Cremer_____
       One of Its Attorneys

Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: (312) 726-3800
Fax: (312) 726-3818
_189178_1_

08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

# EXHIBIT A



| | |
|---|---|
| MODALIDAD | MARCA COMUNITARIA |
| NUMERO | 2.248.409 |
| DENOMINACION | OCCIDENTAL HOTELS & RESORTS |
| CLASE | 16 / 35 / 38 / 42 |
| TRAMITE | CERTIFICADO DE CONCESION |

OAMI - OFICINA DE ARMONIZACIÓN DEL
MERCADO INTERIOR
MARCAS, DIBUJOS Y MODELOS
**CERTIFICADO DE REGISTRO**

Se expide el presente Certificado de Registro para la
Marca comunitaria que se identifica a continuación.
Las menciones y las informaciones relativas a la marca
han sido inscritas en el Registro de Marcas
comunitarias.

OHMI — OFFICE DE L'HARMONISATION DANS LE
MARCHÉ INTÉRIEUR
MARQUES, DESSINS ET MODÈLES
**CERTIFICAT D'ENREGISTREMENT**

Le présent Certificat d'Enregistrement est délivré pour
la marque communautaire identifiée ci-dessous. Les
mentions et les renseignements relatifs à la marque ont
été inscrits au Registre des Marques communautaires.

Registrado / Enregistré 28/04/2004

No 002248409

OCCIDENTAL
HOTELS & RESORTS

El Presidente / Le Président

Wubbo de Boer



OAMI - OFICINA DE ARMONIZACION DEL MERCADO INTERIOR
MARCAS, DIBUJOS Y MODELOS

OHMI – OFFICE DE L'HARMONISATION DANS LE MARCHÉ INTÉRIEUR
MARQUES, DESSINS ET MODELES

| 450 | 21/06/2004 |
| 219 | 002248409 |
| 220 | 07/08/2001 |
| 151 | 28/04/2004 |
| 186 | 07/08/2011 |
| 442 | 07/07/2003 |
| 546 | |



| 531 | 24.17.97 |
| 732 | OCCIDENTAL HOTELES MANAGEMENT, S.A<br>José Abascal, 58<br>28003 Madrid<br>ES |
| 740 | VADIMARK, S.L.<br>Galería de Vallehermoso, 4 -1°<br>28003 Madrid<br>ES |
| 270 | ES FR |
| 511 | ES - 16<br>Publicaciones en general. |

ES - 35
Servicios de venta al por menor de toda clase de productos;
publicidad; gestión de negocios comerciales; administración
comercial; trabajos de oficina; y en especial gerencia
administrativa de hoteles

ES - 38
Comunicaciones por terminales de ordenador; radiofónicas,
telefónicas, telegráficas; difusión de programas de televisión;
emisiones televisadas y radiofónicas; información en materia
de telecomunicaciones; expedición y transmisión de mensajes;
radiodifusión, radiotelefonía móvil; transmisión de telecopias,
telegramas, mensajes, y de mensajes e imágenes asistidas
por ordenador; televisión por cable.

ES - 42
Agencias de alquiler de alojamiento (hoteles, pensiones);
alquiler y reserva de alojamientos temporales; bares;
cafeterías; explotación de terrenos de camping; servicios de
campos de vacaciones (alojamientos); cantinas; casas de
vacaciones; clubs de encuentros; consultas profesionales;
gestión de lugares para exposiciones; servicios hoteleros;
reserva de hoteles; pensiones y reserva de pensiones;
restaurantes; restaurantes autoservicio, restaurantes de
servicio rápido y permanente (snack-bar); pubs.

DA - 16
Trykte publikationer generelt.

DA - 35
Detailsalg af varer af enhver art; annonce- og
reklamevirksomhed; bistand ved forretningsledelse;
forretningsadministration; bistand ved varetagelse af
kontoropgaver; og særlig administrativ ledelse af hoteller

DA - 38
Kommunikation via computerterminaler; radiofonisk, telefonisk
og telegrafisk kommunikation, udsendelse af
fjernsynsprogrammer; radio- og fjernsynsudsendelser;
information om telekommunikation; ekspedition og
transmission af meddelelser; radioudsendelser;
kommunikation via mobiltelefoner; transmission af faksimiler,
telegrammer og meddelelser samt transmission af meddelelser
og billeder via computer; kabel-tv.

DA - 42
Bureauer til anvisning af midlertidig logi (hoteller, pensionater);
udlejning og reservation af værelser; barer; cafeterier; drift af
campingpladser; indlogering i ferielejre; kantiner; feriehjem;
kontaktbureauer; professionel rådgivning; forvaltning af
udstillingsfaciliteter; hoteltjenester; hotelreservationer;
pensionater og reservation af værelser på pensionater;
restauranter; selvbetjeningsrestauranter, snackbarer; pubber

DE - 16
Veröffentlichungen im Allgemeinen.

DE - 35
Verkauf im Einzelhandel von Waren aller Art; Werbung,
Geschäftsführung; Unternehmensverwaltung; Büroarbeiten;
insbesondere Hotelverwaltung.

DE - 38
Kommunikation über Computerterminals; Kommunikation
über Sprechfunk, Telefon, Telegrafie; Ausstrahlung von
Fernsehprogrammen; Ausstrahlung von Fernseh- und
Rundfunksendungen; Auskünfte über Telekommunikation,
Versendung und Übertragung von Nachrichten; Ausstrahlung
von Rundfunksendungen; Mobilfunkdienste; Telekopierdienst,
Telegrammübermittlung; Nachrichten- und Bildübermittlung
mittels Computer; Ausstrahlung von Kabelfernsehsendungen

DE - 42
Zimmervermittlung (Hotels, Pensionen); Zimmervermietung
und -reservierung; Bars; Cafeterias; Betrieb eines
Campingplatzes; Betrieb von Feriencamps (Beherbergung
von Gästen); Verpflegung von Gästen in Kantinen; Vermietung
von Ferienhäusern; Vermittlung von Bekanntschaften,
gewerbsmäßige Beratung; Verwaltung von
Ausstellungsgelände; Dienstleistungen von Hotels;
Hotelreservierungen; Dienstleistungen von Pensionen und
Zimmerreservierung in Pensionen, Restaurants, Verpflegung
von Gästen in Selbstbedienungsrestaurants und
Schnellrestaurants; Bars.

EL - 16
Δημοσιεύσεις εν γένει.

EL - 35
Υπηρεσίες λιανικής πώλησης παντός είδους προϊόντων·
διαφήμιση· διοίκηση επιχειρήσεων· διαχείριση επιχειρήσεων·
εργασίες γραφείου· και ειδικότερα διοικητική διαχείριση
ξενοδοχείων.

EL - 38
Επικοινωνία μέσω τερματικών ηλεκτρονικών υπολογιστών·
ραδιοεπικοινωνίες, τηλεφωνικές και τηλεγραφικές επικοινωνίες·
μετάδοση τηλεοπτικών προγραμμάτων· τηλεοπτικές και
ραδιοφωνικές εκπομπές· παροχή πληροφοριών επί θεμάτων
τηλεπικοινωνιών· αποστολή και μετάδοση μηνυμάτων·
υπηρεσίες ραδιοφωνικών εκπομπών· κινητή ραδιοτηλεφωνία·
διαβίβαση τηλεαντιγράφων, τηλεγραφημάτων και μηνυμάτων,
μετάδοση μηνυμάτων και εικόνων με την υποστήριξη
ηλεκτρονικού υπολογιστή· καλωδιακή τηλεόραση

EL - 42
Γραφεία ενοικίασης καταλύματος (ξενοδοχείων ξενώνες)·
υπηρεσίες εκμίσθωσης και κράτησης προσωρινού
καταλύματος· μπαρ· καφετερίες· εκμετάλλευση χώρων
οργανωμένων κατασκηνώσεων· υπηρεσίες κατασκηνώσεων

OAMI - OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR
MARCAS, DIBUJOS Y MODELOS

OHMI – OFFICE DE L'HARMONISATION DANS LE MARCHÉ INTERIEUR
MARQUES, DESSINS ET MODÈLES

διακοπών (προσωρινή κατάλυση)· καντίνες· οίκοι διακοπών· λέσχες γνωριμιών· παροχή επαγγελματικών συμβουλών· διαχείριση εκθεσιακών χώρων· ξενοδοχειακές υπηρεσίες· ξενοδοχειακές κρατήσεις· υπηρεσίες ξενώνων, κρατήσεις σε ξενώνες εστιατόρια· εστιατόρια αυτοεξυπηρέτησης, εστιατόρια γρήγορου φαγητού που σερβίρουν όλη μέρα (σνακ μπαρ)· παμπ.

EN · 16
Publications in general

EN · 35
Retailing of goods of all kinds; advertising, business management; business administration; office functions; and in particular hotel management.

EN · 38
Communication by computer terminals; communications by radio, telephone, telegram; broadcasting of television programmes; television and radio broadcasting; information about telecommunications; message forwarding and sending; radio broadcasting; cellular telephone communication; facsimile transmission, sending of telegrams, messages and computer aided transmission of messages and images; cable television broadcasting.

EN · 42
Providing hotel accommodation; rental and reservation of temporary accommodation; bars; cafeterias; providing campground facilities; holiday camp services (lodging); canteens; tourist homes; dating services; professional consultancy; management of exhibition facilities; hotel services; hotel reservations; boarding houses and boarding house bookings; restaurants; self-service restaurants, snack bars; pubs.

FR · 16
Publications en général

FR · 35
Services de vente au détail de tous types de produits; publicité; gestion des affaires commerciales; administration commerciale; travaux de bureau, et, en particulier, gestion administrative d'hôtels.

FR · 38
Communication par terminaux d'ordinateurs, radiophoniques, téléphoniques, télégraphiques, diffusion de programmes de télévision; émissions télévisées et radiophoniques; informations en matière de télécommunications; expédition et transmission de messages; radiodiffusion; radiotéléphonie mobile; transmission de télécopies, télégrammes, messages, et de messages et d'images assistées par ordinateur; télévision câblée.

FR · 42
Agences de location de logement (hôtels, pensions); location et réservation de logements temporaires; bars; cafétérias; exploitation de terrains de camping; services de camps de vacances (logements); cantines; maisons de vacances; clubs de rencontres; conseils professionnels; gestion de lieux d'exposition; services hôteliers; réservations d'hôtels; pensions et réservation de pensions; restaurants, restaurants libre-service, restaurants à service rapide et permanent (snack-bar); pubs.

IT · 16
Pubblicazioni di ogni genere.

IT · 35
Vendita al dettaglio di prodotti di ogni tipo; pubblicità; gestione di affari commerciali; amministrazione commerciale, lavori di ufficio; e in particolare, gestione amministrativa di alberghi.

IT · 38
Comunicazione tramite terminali di computer, radiofoniche, telefoniche, telegrafiche; diffusione di programmi televisivi;

trasmissioni televisive e radiofoniche; informazione in materia di telecomunicazioni; invio e trasmissione di messaggi; radiodiffusione; radiotelefonia mobile; trasmissione di telecopie, telegrammi, messaggi e trasmissione computerizzata di messaggi e immagini; televisione via cavo

IT · 42
Agenzie per alloggi (alberghi, pensioni); affitto e prenotazione di alloggi temporanei; bar; tavola calda; gestione di aree per campeggio; servizi di villaggi turistici (alloggio); mense; case per vacanze; club per incontri; consulenze professionali; gestione di luoghi per esposizioni; servizi alberghieri; prenotazioni d'alberghi; pensioni e prenotazione di pensioni; ristoranti; ristoranti self-service, snack-bar; pub.

NL · 16
Publicaties in het algemeen.

NL · 35
Detailverkoop van allerlei soorten producten; reclame; beheer van commerciële zaken; zakelijke administratie; administratieve diensten, en met name beheer van hotels.

NL · 38
Communicatie via computerterminals; radiofonische, telefonische en telegrafische communicatie; uitzending van televisieprogramma's; uitzending van radio- en televisieprogramma's; inlichtingen op het gebied van telecommunicatie; verzending en overbrenging van boodschappen; uitzending van radioprogramma's; mobieltoondiensten; verzending van faxen, telegrammen, boodschappen en computerondersteunde verzending van berichten en beelden; uitzending via kabeltelevisie.

NL · 42
Bureaus voor het verstrekken van logies (hotels, pensions); verhuur en reservering van tijdelijke huisvesting; bars; cafetaria's; exploitatie van kampeerterreinen; vakantiekampen (huisvesting); kantines; vakantiehuizen; ontmoetingsclubs; professionele consultatie; het beheer van faciliteiten voor tentoonstellingen; hoteldiensten; hotelreserveringen; pensions en pensionreservering; restaurants; zelfbedieningsrestaurants, snackbars; pubs.

PT · 16
Publicações em geral.

PT · 35
Serviços de venda a retalho de todos os tipos de produtos; publicidade; gestão de negócios comerciais; administração comercial; trabalhos de escritório; em especial gestão administrativa de hotéis.

PT · 38
Comunicação por terminais de computadores; radiofónicas, telefónicas, telegráficas; emissão de programas de televisão; emissões televisivas e radiofónicas; informação em matéria de telecomunicações; expedição e transmissão de mensagens; radiodifusão, comunicação por telemóvel; transmissão de telecópias, telegramas, mensagens e de mensagens e imagens assistida por computador; televisão por cabo.

PT · 42
Agências de alojamento (hotéis, pensões), aluguer e reserva de alojamentos temporários; bares; cafetarias; exploração de terrenos para acampamento, serviços de campos de férias (alojamentos); cantinas; casas de férias; clubes para encontros; consultadoria profissional; gestão de locais de exposição; serviços hoteleiros; reservas de hotéis; pensões e reserva de pensões; restaurantes, restaurantes self-service, restaurantes para serviço rápido e permanente (snack-bar), bares

FI · 16
Julkaisut yleensä

No 002248409

OAMI - OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR
MARCAS, DIBUJOS Y MODELOS

OHMI - OFFICE DE L'HARMONISATION DANS LE MARCHÉ INTERIEUR
MARQUES, DESSINS ET MODÈLES

FI  -  35
Kaikenlaisten tuotteiden vähittäismyyntipalvelut; mainonta;
liikkeenjohto; yrityshallinto; toimistotehtävät; ja erityisesti
hotellien hallinnointi.

FI  -  38
Viestintä tietokonepäätteiden välityksellä; radio-, puhelin- ja
lennätinviestintä; televisio-ohjelmien lähetys; televisio- ja
radiolähetykset; tiedoliikennettä koskeva tiedotus; sanomien
lähetys ja välitys; yleisradiotoiminta; matkapuhelinliikenne;
faksien, sähkeiden ja sanomien siirto sekä tietokoneavusteinen
sanomien ja kuvien siirto; kaapelitelevisio.

FI  -  42
Majoitusvarauksista (hotelleihin ja täyshoitoloihin) huolehtivat
toimistot; tilapäismajoituksen vuokraus- ja varauspalvelut;
baarit; kahvila-ravintolat; leirintäalueiden hoito; lomaleirien
palvelut (majoitus); ruokalat; loma-asunnot; ystäväkerhot;
ammattimainen        konsultointi;     näyttelytilojen      hallinto;
hotellipalvelut; hotellivaraukset; täyshotelat ja täyshoitoloiden
varaus; ravintolat; itsepalveluravintolat; pikaruokaravintolat;
pubit.

SV  -  16
Tryckta publikationer i allmänhet.

SV  -  35
Detaljförsäljning av alla slags produkter, annons- och
reklamverksamhet; företagsledning; företagsadministration;
kontorstjänster; och särskilt administrativ ledning för hotell.

SV  -  38
Kommunikation via datorterminaler; via radio, telefon,
telegram; utsändning av televisionsprogram; televisions- och
radioutsändningar; information avseende telekommunikation;
sändande och överföring av meddelande; radioutsändning;
mobiltelefoni; överföring av faxmeddelanden; telegram,
meddelanden, och datorstödda meddelanden och bilder;
kabeltelevisionssändning.

SV  -  42
Uthyrningsbyråer för hotell- och pensionat; upplåtande och
bokning av kortvarigt boende; barer; kafeterior; drift av
campingområden; sommarläger (boende); lunchserveringar;
semesterbostäder; kontaktförmedlingstjänster; professionella
konsultationer;      förvaltning      av      utställningslokaler;
hotellverksamhet;        hotellbokning;        pensionat        och
pensionatsbokning; restauranger; självserveringsrestauranger;
snackbarer; pubar.

300   ES - 25/01/2001 - 2373419
      ES - 25/01/2001 - 2373420
      ES - 25/01/2001 - 2373421
      ES - 25/01/2001 - 2373423

08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

# EXHIBIT B


MINISTERIO
DE CIENCIA
Y TECNOLOGÍA


Oficina Española
de Patentes y Marcas

## CERTIFICADO - TÍTULO
## DE REGISTRO DE
## MARCA

N.º  **2 3 6 6 9 1 9**

*Cumplidas las disposiciones establecidas en la vigente Ley de Marcas, de 10 de Noviembre de 1988, se expide el presente Título acreditativo de la concesión del registro de Marca cuyos datos figuran en la hoja unida a este documento.*

*De acuerdo con lo dispuesto en la mencionada Ley de Marcas, el registro de la Marca confiere a su titular el derecho exclusivo de utilizarlo en el tráfico económico. El registro ha quedado otorgado sin perjuicio de terceros, por diez años, contados desde la fecha del depósito de la solicitud y podrá renovarse indefinidamente por periodos ulteriores de diez años, siempre que se cumplan los requisitos legalmente establecidos.*

*De no efectuarse la renovación en la forma y plazos previstos legalmente, el registro será caducado.*

2 0 JUN 2001

*Madrid a* _____

(Sello)

EL DIRECTOR DEL DEPARTAMENTO
DE SIGNOS DISTINTIVOS

Mod. 4103

 Oficina Española
de Patentes y Marcas

REPRODUCCION Y DATOS DE LA
MARCA

2366919

| N.º | |
|---|---|

| TITULAR | OCCIDENTAL HOTELES MANAGEMENT. S.A. |

| DISTINTIVO | | MARCA NACIONAL DE ORIGEN | |
|---|---|---|---|
| | | FECHA PRESENTACIÓN | FECHA CONCESIÓN 2 0 JUN 2001 |

**MARCA NACIONAL POR TRANSFORMACION**

| MARCA DE ORIGEN Y NÚMERO | FECHA PRESENTACIÓN EN ORIGEN |
|---|---|
| FECHA PRESENTACIÓN EN ESPAÑA | FECHA CONCESIÓN EN ESPAÑA |
| ANTIGÜEDAD: Nº MARCA ESPAÑOLA | FECHA ANTIGÜEDAD |

**OCCIDENTAL HOTELS AND RESORTS**

**PRIORIDAD: PAÍS, NÚMERO Y FECHA**

| DESCRIPCIÓN (OPCIONAL) |
|---|

| PRODUCTOS O SERVICIOS | CLASE 16 |
|---|---|
| Publicaciones en general | |

(Sello)                                    FIRMA DEL FUNCIONARIO

NO CUMPLIMENTAR RECUADROS ENMARCADOS EN ROJO                    Mod. 4105



**Oficina Española
de Patentes y Marcas**

REPRODUCCION Y DATOS DE LA
MARCA

2366920

| N.° | |

| TITULAR | OCCIDENTAL HOTELES MANAGEMENT, S.A. |

| DISTINTIVO | |

**OCCIDENTAL HOTELS AND RESORTS**

### MARCA NACIONAL DE ORIGEN

| FECHA PRESENTACIÓN | FECHA CONCESIÓN |
| --- | --- |
| | 2 0 JUN 2001 |

### MARCA NACIONAL POR TRANSFORMACION

| MARCA DE ORIGEN Y NÚMERO | FECHA PRESENTACIÓN EN ORIGEN |
| --- | --- |
| FECHA PRESENTACIÓN EN ESPAÑA | FECHA CONCESIÓN EN ESPAÑA |
| ANTIGÜEDAD: N. MARCA ESPAÑOLA | FECHA ANTIGÜEDAD |

PRIORIDAD: PAÍS, NÚMERO Y FECHA

| DESCRIPCIÓN (OPCIONAL) | |

| PRODUCTOS O SERVICIOS | CLASE |
| --- | --- |
| Servicios de venta al por menor de toda clase de productos; publicidad; gestión de negocios comerciales; administración comercial; trabajos de oficina; y en especial gerencia administrativa de hoteles | 35 |

(Sello)

FIRMA DEL FUNCIONARIO

NO CUMPLIMENTAR RECUADROS ENMARCADOS EN ROJO

M-1 4107



MINISTERIO
DE CIENCIA
Y TECNOLOGÍA



Oficina Española
de Patentes y Marcas

## CERTIFICADO - TÍTULO
## DE REGISTRO DE
## MARCA

N.º  **2 3 6 6 9 2 0**

Cumplidas las disposiciones establecidas en la vigente Ley de Marcas, de 10 de Noviembre de 1988, se expide el presente Título acreditativo de la concesión del registro de Marca cuyos datos figuran en la hoja unida a este documento.

De acuerdo con lo dispuesto en la mencionada Ley de Marcas, el registro de la Marca confiere a su titular el derecho exclusivo de utilizarlo en el tráfico económico. El registro ha quedado otorgado sin perjuicio de terceros, por diez años, contados desde la fecha del depósito de la solicitud y podrá renovarse indefinidamente por periodos ulteriores de diez años, siempre que se cumplan los requisitos legalmente establecidos.

De no efectuarse la renovación en la forma y plazos previstos legalmente, el registro será caducado.

Madrid a    2 0 JUN 2001

(Sello)

EL DIRECTOR DEL DEPARTAMENTO
DE SIGNOS DISTINTIVOS    P.D.

Mod. 4103



MINISTERIO
DE CIENCIA
Y TECNOLOGÍA



Oficina Española
de Patentes y Marcas

## CERTIFICADO - TÍTULO
## DE REGISTRO DE
## MARCA

N.º **2 3 6 6 9 2 1**

*Cumplidas las disposiciones establecidas en la vigente Ley de Marcas, de 10 de Noviembre de 1988, se expide el presente Título acreditativo de la concesión del registro de Marca cuyos datos figuran en la hoja unida a este documento.*

*De acuerdo con lo dispuesto en la mencionada Ley de Marcas, el registro de la Marca confiere a su titular el derecho exclusivo de utilizarlo en el tráfico económico. El registro ha quedado otorgado sin perjuicio de terceros, por diez años, contados desde la fecha del depósito de la solicitud y podrá renovarse indefinidamente por periodos ulteriores de diez años, siempre que se cumplan los requisitos legalmente establecidos.*

*De no efectuarse la renovación en la forma y plazos previstos legalmente, el registro será caducado.*

2 0 JUN 2001

*Madrid a*

(Sello)

EL DIRECTOR DEL DEPARTAMENTO
DE SIGNOS DISTINTIVOS
P.D.

Mod. 4103

 **Oficina Española**
**de Patentes y Marcas**

REPRODUCCION Y DATOS DE LA
MARCA

| N.º | 2366921 |
|-----|---------|

| TITULAR | OCCIDENTAL HOTELES MANAGEMENT, S.A. |
|---------|-------------------------------------|

| DISTINTIVO | | |
|------------|---|---|

**MARCA NACIONAL DE ORIGEN**

| FECHA PRESENTACIÓN | FECHA CONCESIÓN |
|--------------------|-----------------|
| | 2 0 JUN 2001 |

**MARCA NACIONAL POR TRANSFORMACION**

| MARCA DE ORIGEN Y NÚMERO | FECHA PRESENTACIÓN EN ORIGEN |
|--------------------------|------------------------------|
| FECHA PRESENTACIÓN EN ESPAÑA | FECHA CONCESIÓN EN ESPAÑA |
| ANTIGÜEDAD: Nº MARCA ESPAÑOLA | FECHA ANTIGÜEDAD |

OCCIDENTAL HOTELS AND RESORTS

**PRIORIDAD: PAÍS, NÚMERO Y FECHA**

| DESCRIPCIÓN (OPCIONAL) |
|------------------------|

| PRODUCTOS O SERVICIOS | CLASE |
|-----------------------|-------|
| Comunicaciones por terminales de ordenador, radiofónicas, telefónicas, telegráficas; difusión de programas de televisión; emisiones televisadas y radiofónicas; información en materia de telecomunicación; expedición y transmisión de mensajes; radiodifusión; radiotelefonía móvil; transmisión de telecopias, telegramas, mensajes, y de mensajes e imágenes asisitidas por ordenador; televisión por cable. | 38 |

(Sello)                    FIRMA DEL FUNCIONARIO

NO CUMPLIMENTAR RECUADROS ENMARCADOS EN ROJO                    M-1 4105



MINISTERIO
DE CIENCIA
Y TECNOLOGÍA



Oficina Española
de Patentes y Marcas

## CERTIFICADO - TÍTULO
## DE REGISTRO DE
## MARCA

N.º  **2 3 6 6 9 2 2**

*Cumplidas las disposiciones establecidas en la vigente Ley de Marcas, de 10 de Noviembre de 1988, se expide el presente Título acreditativo de la concesión del registro de Marca cuyos datos figuran en la hoja unida a este documento.*

*De acuerdo con lo dispuesto en la mencionada Ley de Marcas, el registro de la Marca confiere a su titular el derecho exclusivo de utilizarlo en el tráfico económico. El registro ha quedado otorgado sin perjuicio de terceros, por diez años, contados desde la fecha del depósito de la solicitud y podrá renovarse indefinidamente por periodos ulteriores de diez años, siempre que se cumplan los requisitos legalmente establecidos.*

*De no efectuarse la renovación en la forma y plazos previstos legalmente, el registro será caducado.*

2 0 JUN 2001

*Madrid a* _____

(Sello)

EL DIRECTOR DEL DEPARTAMENTO
DE SIGNOS DISTINTIVOS

Mod. 4103

 **Oficina Española de Patentes y Marcas**

REPRODUCCION Y DATOS DE LA MARCA

2366922

| N.º |

**TITULAR**          OCCIDENTAL HOTELES MANAGEMENT, S.A.

**DISTINTIVO**

**MARCA NACIONAL DE ORIGEN**

| FECHA PRESENTACIÓN | FECHA CONCESIÓN |
| --- | --- |
| | 2 0 JUN 2001 |

**MARCA NACIONAL POR TRANSFORMACION**

| MARCA DE ORIGEN Y NÚMERO | FECHA PRESENTACIÓN EN ORIGEN |
| --- | --- |
| FECHA PRESENTACIÓN EN ESPAÑA | FECHA CONCESIÓN EN ESPAÑA |
| ANTIGÜEDAD: Nº MARCA ESPAÑOLA | FECHA ANTIGÜEDAD |

**OCCIDENTAL HOTELS AND RESORTS**

**PRIORIDAD: PAÍS, NÚMERO Y FECHA**

**DESCRIPCIÓN (OPCIONAL)**

**PRODUCTOS O SERVICIOS**

| | CLASE |
| --- | --- |
| | 42 |

Agencias de alquiler de alojamiento (hoteles, pensiones); alquiler y reserva de alojamientos temporales; bares; cafeterías; explotación de terrenos de camping; servicios de campos de vacaciones (alojamiento); cantinas; casas de vacaciones; clubs de encuentros; consultas profesionales; gestión de lugares para exposiciones; servicios hoteleros; reserva de hoteles; pensiones y reserva de pensiones; restaurantes, restaurantes autoservicio, restaurantes de servicio rápido y permanente (snack-bar); pubs.

(Sello)

FIRMA DEL FUNCIONARIO

08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

# EXHIBIT C

4/11/2008

Occidental Hotels & Resorts

OCCIDENTAL HOTELS & RESORTS

**HOTELS**
**DESTINATIONS**
**ACTIVITIES**
**COMPANIES**
**SPECIALS**

who are we
login
Español

· My reservations · Customer Relationship
· My profile · Contact

**reservations**

USA & Canada: 1 800 858 2258
Mexico: 01 800 907 9500
Spain: 900 100 149
Europe: +800 64 60 64 60

If you are familiar with our hotels, you now have fast access so you only have to select your dates and the room category you prefer.

**on the beach**

Local gastronomy, themed activities, sports and shows are some of the common characteristics of our vacation brands Royal, Grand and Allegro

**in the city**

Privileged location, executive floors, convention and meeting rooms are some of the services we offer for your business trip

**New Openings and Projects**

-Occidental Grand Aruba

-Occidental Royal Hideaway Ensenachos

**Enjoy our hotels**



**Hot Deals**

24 March-22 April, Season Inauguration Offer: Occidental Coral Beach (Marbella)
The offer includes welcome drink, buffet breakfast with your stay, free access to sauna & gym, parking and free entrance to Nueva Andalucia Casino

142.00 EUR/night

See Hotel Reservation



Talk to a Occidental Reservations Agent live

Push to talk

© 2002 Occidental Hotels & Resorts, All Rights Reserved
Terms and conditions of use

```
08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN
```

# EXHIBIT D

All Inclusive Vacations, Mexico, Costa Rica, Aruba, Dominican Republic All Inclusive Resorts

Page 1 of 2

4/11/2008

## OCCIDENTAL HOTELS & RESORTS

THE OCCIDENTAL EXPERIENCE | RESORTS | CITY HOTELS | ACTIVITIES | CHECK AVAILABILITY | SPECIALS | BROCHURES | TRAVEL AGENTS



*Allegro*

OCCIDENTAL GRAND

*Royal Hideaway*

OCCIDENTAL HOTELS

Discover and explore the gateway to your Occidental vacation



DESTINATIONS

ACTIVITIES

SPECIALS

Meetings & Groups

Weddings

Plan It All Here

The Club Royal

JOIN OUR MAILING LIST

All Inclusive Vacations, Mexico, Costa Rica, Aruba, Dominican Republic All Inclusive Resorts

Page 2 of 2

| Top group professionals that know their product and can match your client's needs. | For simply fabulous all-inclusive Wedding Celebrations in Mexico, Dominican Republic, Costa Rica, & Aruba! | Enjoy the convenience of booking air, hotel, transfers, excursions, dive and more. Once-in-a-lifetime memories sold here! | Exclusive Club-like boutique-style hotel within an Occidental Grand resort with premium services and amenities. |

email address

To receive special offers and our newsletter, please submit your email address.

## ALL INCLUSIVE VACATIONS & RESORTS

Whether you're interested in Mexico all inclusive resorts as a way to get away with your significant other for a little while or you're searching for the perfect Aruba all inclusive vacation package for your whole family, the Occidental Experience is ready and waiting for you. We at Occidental Hotels & Resorts have dedicated ourselves to raising the bar for all inclusive vacations for both families and business travelers. Whatever type of trip you're planning, the Occidental Experience is an unforgettable one. We have a number of spectacular and luxurious all inclusive resorts located in some of the most popular vacation spots in the world -- locations you may already be planning to visit for your next trip. If you're interested in Mexico all inclusive resorts, you're sure to find something that will meet your vacation needs in our list of all inclusive Cancun packages. We also have plenty of other vacation options available for those interested in the Occidental Experience.

Allegro    OCCIDENTAL GRAND    OCCIDENTAL HOTELS & RESORTS    *Royal Hideaway*    OCCIDENTAL HOTELS

For Information and Reservations
CALL 1-800-858-2258

About Occidental · Contact Us · Media Library   Affiliates   Terms & Conditions for Use · Privacy Statement

Copyright © 2008 OCCIDENTAL HOTELS & RESORTS. ALL RIGHTS RESERVED. OCCIDENTAL HOTELS & RESORTS REPRESENTED IN THE USA BY ALLEGRO RESORTS MARKETING CORP.

08CV2165            LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

# EXHIBIT E

# Occidental Hotels and Resorts

Welcome to the Occidental Hotels and Resorts Reservations

HOME

RESERVATIONS

CONTACT



This Turtle did not stay at any Occidental or Allegro Resort Hotel and was Happy.

Brent McCoy Midlock; A happy, healthy, child, who loved his life, before he died at the Occidental
Grand Flamenco Hotel in 2003



For more information you may go to www.brentmidlock.com

Here is the recovery of Brents Body



You may view the official Mexican Government report here <u>Occidental Death</u>

Brent was missing on Saturday at approximately 11:30 am, April 26, 2003. The resort operators knew that afternoon that Brent had been violently pulled into the uncovered,

unprotected pipe at the Grand Xcaret. They left an innocent child to stay in the pipe for 20 hours. Occidental would not even assist the family in getting his body home and refused to pay for his funeral. (from Brentmidlock.com)

Approximately 1/3 of the worldwide deaths of U.S. citizens from non-natural causes occur in certain regions of Mexico.

The Riveria Maya is one of the regions where significant tragic deaths occur weekly.

from www.brentstravelwarning.com

We would like to thank Mr. Jorn Kaae Senior Vice President of Sales and Marketing for his assistance and motivation. He lied to the Better Business Bureau about who owned the resorts, claimed he was not with them, as well as being deceptinve to the state of Florida Department of Consumer Affiairs. Only an idiot would think that this site is ran by or affiliated with Occidental Hotels, which of course it is not.

## CONTACT INFORMATION FOR OCCIDENTAL ALLEGRO HOTELS

This way you can contact them so they can deny who they are to your face when you have problems.

---------------------------------
**U.S.A.**
6303 Blue Lagoon Drive Suite #250
Miami, Florida 33126
Tel.: 1-800-858-2258
or (305) 262-5909
Groups: 877-284-0935
---------------------------------
**Canada**
130 Bloor St. West, Suite 301,
Toronto, Ontario M5S 1N5
Tel.: 1-800-858-2258
---------------------------------
**Mexico**
Varsovia 44 - 503
Colonia Juarez
Mexico, D.F.
C.P. 06600 Mexico
Tel.: (52) 5 208 - 1223
---------------------------------
**Spain**
Jose Abascal, 56, #5

Case 1:08-cv-02165   Document 7-3   Filed 04/16/2008    Page 4 of 5

28003 Madrid, Spain
Tel.: 900-100-149
or 34-91-395.9700

------------------------------------------

**Marketing Europe**
c/o Consaldis Gmbh
Lindwurmstrasse 109
80337 München Germany
Toll free 00 800 64 60 64 60
Tel.: (49) 89 - 74 74 71 0
Fax.(49) 89 - 74 74 71 71

Hotel Vila Del Mar 4 OH Lloret Del Mar Spain 44
Hotel Occidental Porta Coeli 4 OH Seville Spain 244
Hotel Occidental Sevilla 4 OH Seville Spain 242
Hotel Occidental Cordoba 4 OH Cordoba Spain 152
Hotel Gran Capitan 4 OH Cordoba Spain 96
Hotel Coral Beach 4-S OH Marbella Spain 170
Hotel Granada Center 4 OH Granada Spain 172
Hotel Occidental Teguise Playa 4 OH Lanzarote Spain 314
Hotel Occidental Oasis 4 OH Lanzarote Spain 370
Hotel Occidental Tenerife Gulf 4 OH Tenerife Spain 129
Hotel Occidental La Siesta 5 OH Tenerife Spain 282
Hotel Occidental Miguel Angel 4 OH Madrid Spain 263
Hotel Convencion 4 OH Madrid Spain 95
Hotel Convencion Barajas 5 OH Madrid Spain 790
Hotel de la Reconquista 3 OH Oviedo Spain 142
Gran Hotel 3 OH Jaca Spain 165
Oroel 3 OH Jaca Spain 125
Leyre 3 OH Pamplona Spain 55
Europa 3 OH Pamplona Spain 21
Byblos 3 OH Salamanca Spain 78
Bahia de Vigo 4 OH Vigo Spain 91
Hotel Metropolitan de Lisboa 4 OH Lisbon Portugal 315
Martinez 5 OH Cannes France 430
Imperator 4 OH Nimes France 60
Du Palais 5-S OH Biarritz France 156
Lutetia 5 OH Paris France 250
Ambassador 4 OH Paris France 288
Le Royal 5 OH Luxembourg Luxembourg 210
Hotel Bellini 4 OH Venice Italy 98
Grand Hotel Dei Dogi 5 OH Venice Italy 68
Airone 4 OH Marina Lido di C Italy 97
Real 3 OH Marina Lido V Italy 61
Astoria 4 OH Florence Italy 105
Tower 4 OH Bologna Italy 150
Grand Hotel Trento 4 OH Trento Italy 136
Hotel de la Villa 4 OH Vicenza Italy 118
Hotel Leon D'Oro 4 OH Verona Italy 205
Grand Hotel Palace 4 OH Rome Italy 95
Djerba Plaza 5 OH Djerba Tunisia 299

Occidental Hammamet 5 OH Hammamet Tunisia 202
Caribbean Village Abou Sofiane 3 AR Hamman-Sousse Tunisia 313
Caribbean Village Riviera 3 AR Hamman-Sousse Tunisia 250
Miami Dadeland Marriott 4 OH Miami USA 302
El Minzah 5 OH Tangiers Morroco 140
Caribbean Village Agadir 3 AR Agadir Morroco 406
Caribbean Village Manader 3 AR Agadir Morroco 113
Caribbean Village Tamlet 3 AR Agadir Morroco 250
Allegro Resort Bavaro 4 AR Bavaro Dominican 240
Republic
Occidental Flamenco Bavaro 4-S OH Bavaro Dominican 871
Republic
Occidental Playa Real 4 OH Juan Dolio Dominican 384
Republic
Occidental Flamenco Beach 4-S OH Puerto Plata Dominican 578
Republic
Gran Hotel Occidental 4 OH Puerto Plata Dominican 497
Playa Dorada Republic
Caribbean Village Club 3 AR Puerto Plata Dominican 336
on the Green Republic
Caribbean Village Playa Grande 3 AR Puerto Plata Dominican 300
Republic
Jack Tar Village Puerto Plata 3-S AR Puerto Plata Dominican 291
Republic
Occidental Cayacoa Beach 4 OH Samana Dominican 76
Republic
Occidental Cayo Levantado 4 OH Samana Dominican 46
Republic
Occidental Gran Bahia 4 OH Samana Dominican

Email us at info@occidentalhotels.net to share your experiences that will help others not
make the same mistakes we did. Site Launched 2-10-2007

Use of this site is free of charge and is for informational services only. Nothing on this page is
copyrighted except the turtle. Image of the turtle may not be reproduced without his written consent. The
turtle has an agent for personal appearances and movie production deals; he may be contacted through
the webmaster of this site. It is our sincere wish that all of you have nothing but great vacations, and
maybe by exposing the injustices viewed here the company will clean up thier act and treat us with
respect and give us what we paid for, relaxation in the sun.

```
08CV2165            LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN
```

# EXHIBIT F

# Occidental Hotels and Resorts

Welcome to the Occidental Hotels and Resorts Reservations

<u>HOME</u>

<u>RESERVATIONS</u>

<u>CONTACT</u>



This Turtle did not stay at any Occidental or Allegro Resort Hotel and was Happy.

Brent McCoy Midlock; A happy, healthy, child, who loved his life, before he died at the Occidental Grand Flamenco Hotel in 2003



For more information you may go to www.brentmidlock.com

## CONTACT INFORMATION FOR OCCIDENTAL ALLEGRO HOTELS

This way you can contact them so they can deny who they are to your face when you have problems.

------------------------------------
**U.S.A.**
6303 Blue Lagoon Drive Suite #250
Miami, Florida 33126
Tel.: 1-800-858-2258
or (305) 262-5909
Groups: 877-284-0935
------------------------------------
**Canada**
130 Bloor St. West, Suite 301,
Toronto, Ontario M5S 1N5
Tel.: 1-800-858-2258
------------------------------------
**Mexico**

Varsovia 44 - 503
Colonia Juarez
Mexico, D.F.
C.P. 06600 Mexico
Tel.: (52) 5 208 - 1223

------------------------------------------

**Spain**
Jose Abascal, 56, #5
28003 Madrid, Spain
Tel.: 900-100-149
or 34-91-395.9700

------------------------------------------

**Marketing Europe**
c/o Consaldis Gmbh
Lindwurmstrasse 109
80337 München Germany
Toll free 00 800 64 60 64 60
Tel.: (49) 89 - 74 74 71 0
Fax.(49) 89 - 74 74 71 71


Hotel Vila Del Mar 4 OH Lloret Del Mar Spain 44
Hotel Occidental Porta Coeli 4 OH Seville Spain 244
Hotel Occidental Sevilla 4 OH Seville Spain 242
Hotel Occidental Cordoba 4 OH Cordoba Spain 152
Hotel Gran Capitan 4 OH Cordoba Spain 96
Hotel Coral Beach 4-S OH Marbella Spain 170
Hotel Granada Center 4 OH Granada Spain 172
Hotel Occidental Teguise Playa 4 OH Lanzarote Spain 314
Hotel Occidental Oasis 4 OH Lanzarote Spain 370
Hotel Occidental Tenerife Gulf 4 OH Tenerife Spain 129
Hotel Occidental La Siesta 5 OH Tenerife Spain 282
Hotel Occidental Miguel Angel 4 OH Madrid Spain 263
Hotel Convencion 4 OH Madrid Spain 95
Hotel Convencion Barajas 5 OH Madrid Spain 790
Hotel de la Reconquista 3 OH Oviedo Spain 142
Gran Hotel 3 OH Jaca Spain 165
Oroel 3 OH Jaca Spain 125
Leyre 3 OH Pamplona Spain 55
Europa 3 OH Pamplona Spain 21
Byblos 3 OH Salamanca Spain 78
Bahia de Vigo 4 OH Vigo Spain 91
Hotel Metropolitan de Lisboa 4 OH Lisbon Portugal 315
Martinez 5 OH Cannes France 430
Imperator 4 OH Nimes France 60
Du Palais 5-S OH Biarritz France 156
Lutetia 5 OH Paris France 250
Ambassador 4 OH Paris France 288
Le Royal 5 OH Luxembourg Luxembourg 210
Hotel Bellini 4 OH Venice Italy 98
Grand Hotel Dei Dogi 5 OH Venice Italy 68
Airone 4 OH Marina Lido di C Italy 97

Real 3 OH Marina Lido V Italy 61
Astoria 4 OH Florence Italy 105
Tower 4 OH Bologna Italy 150
Grand Hotel Trento 4 OH Trento Italy 136
Hotel de la Villa 4 OH Vicenza Italy 118
Hotel Leon D'Oro 4 OH Verona Italy 205
Grand Hotel Palace 4 OH Rome Italy 95
Djerba Plaza 5 OH Djerba Tunisia 299
Occidental Hammamet 5 OH Hammamet Tunisia 202
Caribbean Village Abou Sofiane 3 AR Hammam-Sousse Tunisia 313
Caribbean Village Riviera 3 AR Hammam-Sousse Tunisia 250
Miami Dadeland Marriott 4 OH Miami USA 302
El Minzah 5 OH Tangiers Morroco 140
Caribbean Village Agadir 3 AR Agadir Morroco 406
Caribbean Village Manader 3 AR Agadir Morroco 113
Caribbean Village Tamlet 3 AR Agadir Morroco 250
Allegro Resort Bavaro 4 AR Bavaro Dominican 240
Republic
Occidental Flamenco Bavaro 4-S OH Bavaro Dominican 871
Republic
Occidental Playa Real 4 OH Juan Dolio Dominican 384
Republic
Occidental Flamenco Beach 4-S OH Puerto Plata Dominican 578
Republic
Gran Hotel Occidental 4 OH Puerto Plata Dominican 497
Playa Dorada Republic
Caribbean Village Club 3 AR Puerto Plata Dominican 336
on the Green Republic
Caribbean Village Playa Grande 3 AR Puerto Plata Dominican 300
Republic
Jack Tar Village Puerto Plata 3-S AR Puerto Plata Dominican 291
Republic
Occidental Cayacoa Beach 4 OH Samana Dominican 76
Republic
Occidental Cayo Levantado 4 OH Samana Dominican 46
Republic
Occidental Gran Bahia 4 OH Samana Dominican

Email us at info@occidentalhotels.net to share your experiences that will help others not
make the same mistakes we did. Site Launched 2-10-2007

Use of this site is free of charge and is for informational services only. Nothing on this page is
copyrighted except the turtle. Image of the turtle may not be reproduced without his written consent. The
turtle has an agent for personal appearances and movie production deals; he may be contacted through
the webmaster of this site. It is our sincere wish that all of you have nothing but great vacations, and
maybe by exposing the injustices viewed here the company will clean up thier act and treat us with
respect and give us what we paid for, relaxation in the sun.

08CV2165          LI
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

# EXHIBIT G

," />

# Occidental Resorts

Welcome to the Occidental Resorts Reservations and Vacation Information

For all your informaton needs on Occidental Resorts worldwide. Please contact us as we love to hear from you and your vacation experience.

CONTACT INFORMATION FOR OCCIDENTAL ALLEGRO RESORTS

This way you can contact them so they can deny who they are to your face when you have problems. Allegro resorts does not care about your vacation problems so it is up to us to help each other with vacation information. Please see reservation page for problem alerts and death of a child at thier resort.

HOME

RESERVATIONS

CONTACT

A happy, healthy, child, who loved his life, before he died at the Occidental Grand Flamenco Hotel in 2003 Brent McCoy Midlock



Brent was missing on Saturday at approximately 11:30 am, April 26, 2003. The resort operators knew that afternoon that Brent had been violently pulled into the uncovered, unprotected pipe at the Grand Xcaret. They left an innocent child to stay in the pipe for 20 hours. Occidental would not even assist the family in getting his body home and refused to pay for his funeral. (from Brentmidlock.com) The family even had to pay $3000 to Mexico before they would release his body to be taken home. The resort refused to help get Brents body home. Refused any assitance with Mexican government. Refused to help pay for his funeral.



**U.S.A.**
6303 Blue Lagoon Drive Suite #250
Miami, Florida 33126
Tel.: 1-800-858-2258
or (305) 262-5909
Groups: 877-284-0935

**Canada**
130 Bloor St. West, Suite 301,
Toronto, Ontario M5S 1N5
Tel.: 1-800-858-2258

**Mexico**
Varsovia 44 - 503
Colonia Juarez
Mexico, D.F.
C.P. 06600 Mexico
Tel.: (52) 5 208 - 1223

**Spain**
Jose Abascal, 56, #5
28003 Madrid, Spain
Tel.: 900-100-149
or 34-91-395.9700

**Marketing Europe**
c/o Consaldis Gmbh
Lindwurmstrasse 109

80337 München Germany
Toll free 00 800 64 60 64 60
Tel.: (49) 89 - 74 74 71 0
Fax.(49) 89 - 74 74 71 71



This Turtle did not stay at any Occidental Hotels and was Happy and safe.

Hotel Vila Del Mar 4 OH Lloret Del Mar Spain 44
Hotel Occidental Porta Coeli 4 OH Seville Spain 244
Hotel Occidental Sevilla 4 OH Seville Spain 242
Hotel Occidental Cordoba 4 OH Cordoba Spain 152
Hotel Gran Capitan 4 OH Cordoba Spain 96
Hotel Coral Beach 4-S OH Marbella Spain 170
Hotel Granada Center 4 OH Granada Spain 172
Hotel Occidental Teguise Playa 4 OH Lanzarote Spain 314
Hotel Occidental Oasis 4 OH Lanzarote Spain 370
Hotel Occidental Tenerife Gulf 4 OH Tenerife Spain 129
Hotel Occidental La Siesta 5 OH Tenerife Spain 282
Hotel Occidental Miguel Angel 4 OH Madrid Spain 263
Hotel Convencion 4 OH Madrid Spain 95
Hotel Convencion Barajas 5 OH Madrid Spain 790
Hotel de la Reconquista 3 OH Oviedo Spain 142
Gran Hotel 3 OH Jaca Spain 165
Oroel 3 OH Jaca Spain 125
Leyre 3 OH Pamplona Spain 55
Europa 3 OH Pamplona Spain 21
Byblos 3 OH Salamanca Spain 78
Bahia de Vigo 4 OH Vigo Spain 91
Hotel Metropolitan de Lisboa 4 OH Lisbon Portugal 315
Martinez 5 OH Cannes France 430
Imperator 4 OH Nimes France 60
Du Palais 5-S OH Biarritz France 156
Lutetia 5 OH Paris France 250
Ambassador 4 OH Paris France 288

Le Royal 5 OH Luxembourg Luxembourg 210
Hotel Bellini 4 OH Venice Italy 98
Grand Hotel Dei Dogi 5 OH Venice Italy 68
Airone 4 OH Marina Lido di C Italy 97
Real 3 OH Marina Lido V Italy 61
Astoria 4 OH Florence Italy 105
Tower 4 OH Bologna Italy 150
Grand Hotel Trento 4 OH Trento Italy 136
Hotel de la Villa 4 OH Vicenza Italy 118
Hotel Leon D'Oro 4 OH Verona Italy 205
Grand Hotel Palace 4 OH Rome Italy 95
Djerba Plaza 5 OH Djerba Tunisia 299
Occidental Hammamet 5 OH Hammamet Tunisia 202
Caribbean Village Abou Sofiane 3 AR Hammam-Sousse Tunisia 313
Caribbean Village Riviera 3 AR Hammam-Sousse Tunisia 250
Miami Dadeland Marriott 4 OH Miami USA 302
El Minzah 5 OH Tangiers Morroco 140
Caribbean Village Agadir 3 AR Agadir Morroco 406
Caribbean Village Manader 3 AR Agadir Morroco 113
Caribbean Village Tamlet 3 AR Agadir Morroco 250
Allegro Resort Bavaro 4 AR Bavaro Dominican 240
Republic
Occidental Flamenco Bavaro 4-S OH Bavaro Dominican 871
Republic
Occidental Playa Real 4 OH Juan Dolio Dominican 384
Republic
Occidental Flamenco Beach 4-S OH Puerto Plata Dominican 578
Republic
Gran Hotel Occidental 4 OH Puerto Plata Dominican 497
Playa Dorada Republic
Caribbean Village Club 3 AR Puerto Plata Dominican 336
on the Green Republic
Caribbean Village Playa Grande 3 AR Puerto Plata Dominican 300
Republic
Jack Tar Village Puerto Plata 3-S AR Puerto Plata Dominican 291
Republic
Occidental Cayacoa Beach 4 OH Samana Dominican 76
Republic
Occidental Cayo Levantado 4 OH Samana Dominican 46
Republic
Occidental Gran Bahia 4 OH Samana Dominican

Email us at info@occidentalhotels.net to share your experiences that will help others not
make the same mistakes we did.

Use of this site is free of charge and is for informational services only. Nothing on this page is
copyrighted except the turtle. Image of the turtle may not be reproduced without his written consent. The
turtle has an agent for personal appearances, commercial and movie production deals; he may be
contacted through the webmaster of this site. As the turtle is very busy it may take some time for him to
reply if ever as he insists on typiing his own emails and those flippers.....It is our sincere wish that all of
you have nothing but great vacations, and maybe by exposing the injustices viewed here the company

will clean up thier act and treat us with respect and give us what we paid for, relaxation in the sun. Best wishes on all your vacations and be safe.

DATE: April 17, 2008

**Judge: Joan B. Gottschall**
**Case No.: 08-CV-02165**

William J. Cremer
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street
Suite 3300
Chicago, IL 60601

RECEIVED
APR 2 2 2008

Re: Occidental Hoteles Management, S.L. v. Hargrave Arts, LLC et al    DIARIED_____DOCKETED_____
FILE#_____

Dear Counsel:

Mediation frequently aids in settling trademark disputes and other Lanham Act cases. For that reason, the District Court for the Northern District of Illinois established its voluntary mediation program in 1996 for Lanham Act cases. The program is Lanham Act case specific and draws on mediators who are specialists in such cases. Since its establishment, the Northern District mediation program has assisted many parties in resolving their disputes without expending the large amounts of time, effort and resources normally involved in full scale litigation.

You will find enclosed materials describing the Court's Lanham Act mediation program. They include a description of the program, the Local Rules and procedures governing it, and a current list of mediators that have been qualified by the Court to mediate Lanham Act disputes. The program has often delivered prompt and economical resolutions to disputes, and the Court strongly encourages you and your client to take advantage of it.

The docket indicates that you are appearing as counsel for one of the parties in this litigation. Pursuant to this Court's Rules and procedures, you are required to provide copies of this letter and all enclosures to each party you represent. If you represent a plaintiff, you also must provide copies of these papers to the attorney for each defendant. The attorney for each defendant then must provide these materials to each party that attorney represents. Within 20 days of the date of receipt of this letter, each attorney is required to file a Certificate with the Court stating that copies of these documents have been provided to the appropriate parties and attorneys.

The Rules also require that the parties file a Notice with the Court stating whether they will participate in the Court's Lanham Act mediation program. This Notice must be filed at the earlier of the first scheduling conference, or 90 days after this case was filed. The Judge to whom this case has been assigned has been notified that you have been sent this letter, and will expect you timely to file the Certificate and Notice.

The experience of the Court shows that the program provides tangible benefits to parties in resolving their disputes. Many lawyers and their clients have expressed satisfaction with the program, and many routinely encourage their clients to submit their disputes to mediation. We urge you and your client to proceed with mediation in this case. The best interests of your client would be served thereby.

Sincerely,

Kinielle Johnson
Deputy Clerk

## List of Lanham Act Organizations and Individual Neutrals
### Maintained Pursuant to Local General Rule 16.3

**A.    Individual Neutrals**

1) G. Marshall Abbey
836 Skokie Boulevard
Northbrook, Illinois    60062
tel. (847) 291-9995
FX: (847)291-9996
Email: gma@gmabbeylaw.com

2) Louis Altman
Michael Best & Friedrich LLC
401 North Michigan Avenue
Suite 1900
Chicago, Illinois    60611
tel. (312) 222-0800
FX: (312) 222-0818
Email: LAltman@attglobal.net

3) Brett A. August
Pattishall, McAuliffe, Newbury,
Hilliard & Geraldson
311 S. Wacker Dr. Suite 5000
Chicago, Illinois    60606
(312) 554-7962
FX: (312)554-8015
Email: baugust@pattishall.com

4) Marvin N. Benn
Much, Shelist, Freed, Denenberg,
Ament & Rubenstein, P.C.
191 N. Wacker Drive, Ste. 1800
Chicago, IL 60606
tel. (312) 521-2770
FX: (312) 521-2870
Email: mbenn@muchshelist.com

5) John W. Cooley
2106 Orrington Avenue
Evanston, Illinois  60201
tel. (847) 328-7285
FX: (847)864-1586
Email: jackwcool@aol.com

6) Champ W. Davis, Jr.
Davis, Mannix & McGrath
125 South Wacker Drive
Suite 1700
Chicago, IL  60606
tel. (312) 332-3033

7) Thomas J. Donovan
Barnes & Thornburg
2600 Chase Plaza
10 South LaSalle Street
Chicago, IL 60603

tel. (312) 357-1313

8) Lee J. Eulgen
Neal, Gerber & Eisenberg
Two N. LaSalle Street
Chicago, Illinois 60602
tel. (312) 269-8000
FX:(312) 578-2807
Email: leulgen@ngelaw.com

9) Robert E. Fitzgerald, Jr.
300 West Washington
Suite 1200
Chicago, IL  60606
tel. (312) 782-3264

10) Allen H. Gerstein
Marshall, O'Toole, et al
233 South Wacker Drive
Chicago, Illinois  60606
tel. (312) 474-6300
FX:(312)474-0448

11) Vickie A. Gillio
Gillio & Associates
8 South Michigan Ave, Ste 810
Chicago, Illinois    60603
tel. (312) 750-1500
FX:(312)750-1505
Email: vickiegillio@worldnet.att.net

12) Lee Hugh Goodman
2201 Center Avenue
Northbrook, IL   60062
tel. (847) 559-9525

13) Russell E. Hattis
1640 Jasmine Court
Highland Park, IL  60035
tel. (847) 831-4404
FX: (847)831-4872

14) Carl F.J. Henninger
2027 Nachtman Court
Wheaton, Illinois    60187
tel. (630) 668-2160

15) Keith L. Hunt
Hunt and Associates
Three 1st Nat'l.Plaza Suite 3750
Chicago, IL  60602
tel. (312) 558-6577
FX: (312)558-9911
Email: klh@huntassoclaw.com

16) Sheldon Karon

Foley & Lardner
330 North Wabsh Ave. #3300
Chicago, IL  60611-3608
tel. (312) 755-2604
FX: (312)755-1925
Email:skaron@foleylaw.com

17) Daniel L. Kegan
79 West Monroe Street #1320
Chicago, Illinois    60603
tel. (312) 782-6495, ext. 21
FX: (312) 782-6494
Email: daniel@keganlaw.com

18) John Adam Kerns, Jr.
187 Brittney Lane
Hartley, Delaware 19953-227887
tel. (302) 492-3445
FX: (302)492-3446
Email: neutraljohn@myfavoritei.com

19) Charles A. Laff
Michael Best & Friedrich LLC
401 North Michigan Avenue
Suite 1900
Chicago, Illinois  60611
tel. (312) 222-0800
FX: (312) 222-0818
Email: claff@iplaw-today.com

20) Bart A. Lazar
Seyfarth, Shaw, Fairweather &
Geraldson
55 E. Monroe
Chicago, IL    60603
tel. (312) 269-8986
FX: (312)269-8869
Email: blazar@seyfarth.com

21) Floyd A. Mandell
Katten Muchin & Zavis
525 West Monroe Street
Suite 1600
Chicago, Illinois    60661
tel. (312) 902-5200
FX: (312) 577-8982
Email: floyd.mandell@kmz.com

22) Charles R. Mandly, Jr.
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610-4764
tel. (312) 832-4500
FX: (312) 832-4700
Email: cmandly@foley.com

23) Roger H. Marks
1104 West Barry Street
Chicago, Illinois 60657
tel. (312) 491-3214

24) Kevin J. McDevitt
Neal & McDevitt
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201
tel. (847) 424-8330
FX: (847) 424-8320
Email: kmcdevitt@nealmcdevitt.com

25) Frank J. McGarr
Foley & Lardner
One IBM Plaza
330 N. Wabash  Suite 3300
Chicago, Illinois  60611
tel. (312) 755 1900

26) William T. McGrath
Davis, Mannix & McGrath
125 S. Wacker Drive  Suite 1700
Chicago, Illinois  60606
tel. (312)332-4748
FX: (312) 332-6376
Email: wmcgrath@dmmlaw.com

27) Michael R. McKenna
500 W. Madison Suite 3800
Chicago, Illinois  60661
tel. (312) 321-0123
FX: (312)876-2020
Email: HIPATENT@megsinet.net

28) Antony J. McShane
Neal, Gerber & Eisenberg
Two North LaSalle Street
Chicago, IL 60602
tel.  (312) 269-8486
FX: (312) 578-2808
Email: AMCSHANE@NGELAW.COM

29) Thomas H. Morsch
Northwestern University
School of Law
357 East Chicago Ave.
Chicago, Illinois  60611
(312) 503-0321
FX: (312) 503-8977
Email: tmorsch@law.northwestern.edu

30) Susan Somers Neal
Neal & McDevitt
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201

31) Roy H. Nelson
111 East Wisconsin Ave, Ste 1500
Milwaukee, Wisconsin 53202
tel. (414) 276-0731

32) Robert M. Newbury
Pattishall, McAuliffe, Newbury,
Hilliard & Geraldson
311 S. Wacker Dr.  Suite 5000
Chicago, Illinois  60606
tel. (312) 554-7940
FX: (312)554-8015
Email: rnewbury@pattishall.com

33) William L. Niro
Niro, Scavone, Haller & Niro
181 W. Madison St. Suite 4600
Chicago, Illinois  60602
tel. (312) 236-0733
FX: (312) 236-1097
Email: wniro@nshn.com

34) Joseph V. Norvell
Brinks Hofer Gilson & Lione
455 N. Cityfront Plaza Drive
Chicago, IL 60611-5599
tel. (312)321-4712
FX: (312)321-4299
email:jnorvell@brinkshofer.com

35) Mark V.B. Partridge
Pattishall, McAuliffe,
Newbury, Hilliard
& Geraldson
311 S. Wacker Dr. Suite 5000
Chicago, IL  60606
tel. (312) 554-8000
FX:(312) 554-8015
Email: mpartridge@pattishall.com

36) Donald Paull
7201 N. Lincoln Ave., #214
Lincolnwood, IL 60712
tel. (847) 763-1663
FX: (847763-1665

37) Gary M. Ropski
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611-5599
Phone: 312/321-4216
Fax: 312/321-4299
EMail: gropski@brinkshofer.com

38) Larry L. Saret
Michael Best & Friedrich LLC
401 North Michigan Avenue
Suite 1900
Chicago, Illinois  60611
tel. (312)222-0800
fax.(312)222-0818

39) Thomas G. Scavone
Niro, Scavone, Haller & Niro
181 W. Madison  Suite 4600
Chicago, Illinois  60602
tel. (312) 236-0733
FX: (312) 236-1097
Email: scavone@NSHN.com

40) Thomas E. Smith
209 South LaSalle St.  Suite 410
Chicago, Illinois  60604
(312) 368-6643

41) Kevin C. Trock
Michael Best & Friedrich, LLC
401 N. Michigan Ave., Suite 1700
Chicago, IL 60611
tel. (312)661-2120
Email: kctrock@mbf-law.com

42) Robert E. Wagner
Wallenstein & Wagner, Ltd.
311 South Wacker Dr.  53rd Floor
Chicago, Illinois  60606

FX: (312)554-3301
Email:rwagner@wallywag.com

43) Joseph N. Welch II
Pattishall, McAuliffe,
Newbury, Hilliard & Geraldson
311 S. Wacker Dr. Suite 5000
Chicago, IL 60606
tel. (312) 554-8000
FX: (312)554-8015
Email: jwelch@pattishall.com

44) Stuart M. Widman
Much, Shelist, Freed, Denenberg
Ament, Bell & Rubenstein
200 North LaSalle  Suite 2100
Chicago, Illinois  60601
tel. (312) 346-3100
FX: (312)621-1750
Email: swidman@muchlaw.com

45) Jeffery A. Handelman
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Dr.
Chicago, Illinois 60611-5599
tel. (312) 321-4236
Email: jhandelman@brinkshofer.com

(46) Michael B. Getty
1560 North Sandburg Terrace
#1104
Chicago, IL 60610
tel. (312) 943-5410
Email: mbgetty@aol.com

(47) Jay G. Taylor
IceMiller LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200
tel. (317) 235-2100
Email:   Jay.Taylor@icemiller.com

**B.    Individual Organizations**

US. Arbitration and Mediation of
the Northeast, Inc.
P.O. Box 451
Bensalem, Pennsylvania  19020
tel. (800) 354 - 2478

Alvora Varin-Hommen
P.O. Box 451
Bensalem, Pennsylvania  19020
tel. (800) 354 - 2478
FX: (215)750-6367
Email: usamne@aol.com

**INTA/CPR**

**CPR Institute for Dispute Resolution**
366 Madison Avenue
New York, NY  10017
tel. (212)949-6490
FX:(212)949-8859
Contact: Lisa Stigliano

**International Trademark Association**
1133 Avenue of the Americas
New York, NY  10036
tel. (212) 768-9887
FX: (212)768-7796
Contact: Lisa Stigliano

1) Miles J. Alexander
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
tel. (404) 815-6410
FX:(404) 815-6555
Email:
malexander@kilpatrickstockton.com

2) James M. Amend
Kirkland & Ellis
200 East Randolph Dr.
# 5300
Chicago, IL 60601
Tel. (312) 861-2154
FX: (312) 861-2200
Email: james_amend@kirkland.com

3) Richard M. Berman
9804 St. John's Road
Minnetonka, MN 55305
Tel.(952) 938-4911
FX:(952) 938-4682
Email: cberman643@aol.com

4) Guy M. Blynn
R.J. Reynolds Tobacco Company
401 North Main Street, 9th Floor
P.O. Box 2959
Winston-Salem, NC 27102-2959
Tel.(336) 741-7508
FX:(336) 741-7598
Email: blynng@rjrt.com

5) Margaret A. Boulware

Jenkens & Gilchrist, P.C.
1100 Louisiana
Suite 1800
Houston, TX 77002
Tel.(713) 951-3375
FX:(713) 951-3314
Email: mboulware@jenkens.com

6) Edward T. Colbert
Kenyon & Kenyon
1500 K Street, N.W.
Suite 700
Washington, DC 20005
Tel.(202) 220-4280
FX:(202) 220-4201
Email: ecolbert@kenyon.com

7) John M. Cone
Akin, Gump, Strauss, Hauer & Feld,
L.L.P.
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
Tel.(214) 969-4214
FX:(214) 969-4343
Email: jcone@akingump.com

8) John J. Cummins
LeRivage #19 South
4351 Gulf Shore Blvd. North
Naples, FL 34103
Tel.(941) 649-7356
FX:(941) 649-1038
Email: john07c@aol.com

9) Joan L. Dillon
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Tel.(404) 815-6533
FX:(404) 815-6555
Email: jdillon@kilpatrickstockton.com

10) Marie V. Driscoll
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
6th Floor
New York, NY 10017
Tel.(212) 813-5939
FX:(212) 813-5901
Email: mdriscoll@frosszelnick.com

11) Sandra Edelman
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
Tel.(212) 415-9269

FX:(212) 953-7201
Email: edelman.sandra@dorseylaw.com

12) William A. Finkelstein
Alschuler Grossman Stein & Kahan
The Water Garden
1620 26th Street, 4th Floor,
   North Tower
Santa Monica, CA 90404-4060
Tel.(310) 255-9114
FX:(310) 907-2000
Email: wfinkelstein@agsk.com

13) Anthony L. Fletcher
Fish & Richardson, P.C.
45 Rockefeller Plaza
Suite 2800
New York, NY 10111
Tel.(212) 641-2291
FX:(212) 258-2291
Email: fletcher@fr.com

14) Kenneth B. Germain
Thompson Hine LLP
312 Walnut Street
Suite 1400
Cincinnati, OH 45202
Tel.(513) 352-6527
FX:(513) 241-4771
Email: ken.germain@thompsonhine.com

15) Jerome Gilson
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Dr.
Suite 3600
Chicago, IL 60611-5599
Tel.(312) 321-4205
FX:(312) 321-4299
Email: jgilson@brinkshofer.com

16) Vito T. Giordano
Von Maltitz, Derenberg, Kunin, Janssen
& Giordano
60 East 42 Street   Room 4410
New York, NY 10165
Tel.(212) 661-1400
FX:(212) 370-1819
Email: vtgiordano@vonmaltitz.com

17) Arthur J. Greenbaum
Cowan, Liebowitz & Latman
1133 Avenue of the Americas
35th Floor
New York, NY 10036-6799
Tel.(212) 790-9240
FX:(212) 575-0671

Email: ajg@cll.com

18) David C. Gryce
Arent Fox Kintner Plotkin & Kahn,
PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
Tel.(202) 775-5797
FX:(202) 857-6395
Email: gryced@arentfox.com

19) Dolores K. Hanna
Bell, Boyd & Lloyd, LLC
70 W. Madison Street
Suite 3300
Chicago, IL 60602
Tel.(312) 807-4403
FX:(312) 827-1276
Email: dhanna@bellboyd.com

20) Roslyn S. Harrison
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
Tel.(973) 639-7963
FX:(973) 624-7070
Email: rharrison@mccarter.com

21) Laurence R. Hefter
Finnegan, Henderson, Farabow, Garrett
& Dunner, L.L.P.
1300 I Street, N.W., Suite 700
Washington, DC 20005-3315
Tel.(202) 408-4053
FX:(202) 408-4400
Email: larry.hefter@finnegan.com

22) David C. Hilliard
Pattishall,  McAuliffe,  Newbury,
Hilliard & Geraldson
311 South Wacker Drive
Suite 5000
Chicago, IL 60606
United States
Tel.(312) 554-7950
FX:(312) 554-8015
Email: dhilliard@pattishall.com

23) Nancy V. Hoyt
University of Minnesota
Office of the General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006

Tel.(612) 624-4100
FX:(612) 626-9624
Email: nancyhoyt@mail.ogc.umn.edu

24) Anne S. Jordan
PeopleSoft, Inc.
4305 Hacienda Drive
Pleasanton, CA 94588
Tel.(925) 694-8863
FX:(925) 694-5550
Email: anne_jordan@peoplesoft.com

25) Siegrun D. Kane
Morgan & Finnegan, L.L.P.
345 Park Avenue
New York, NY 10154-0053
Tel.(212) 415-8778
FX:(212) 751-6849
Email: skane@morganfinnegan.com

26) Bruce P. Keller
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
Tel.(212) 909-6118
FX:(212) 909-6836
Email: bpkeller@debevoise.com

27) David J. Kera
Oblon, Spivak, McClelland, Maier &
Neustadt, P.C.
1755 Jefferson Davis Highway
Fourth Floor
Arlington, VA 22202
Tel.(703) 412-6456
FX:(703) 413-2220
Email: dkera@oblon.com

28) Richard J. Leighton
Keller and Heckman LLP
1001 G Street N.W.
Suite 500 West
Washington, DC 20001
Tel.(202) 434-4220
FX:(202) 434-4646
Email: leighton@khlaw.com

29) George F. Long
Huff, Poole & Mahoney P.C.
4705 Columbus Street
Virginia Beach, VA 23462
Tel.(757) 518-2392
FX:(757) 552-6016
Email: glong@hpmlaw.com

30) Leslie J. Lott
Lott & Friedland, P.A.
Post Office Drawer 141098
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Tel.(305) 448-7089
FX:(305) 446-6191
Email: ljlott@lott-friedland.com

31) Gregory A. Madera
Fish & Richardson, P.C.
225 Franklin Street
Suite 3100
Boston, MA 02110-2804
Tel.(617) 521-7809
FX:(617) 542-8906
Email: madera@fr.com

32) Paul Maki
Edmunds Maki Verga & Thorn
Davies Pacific Center
841 Bishop Street, Suite 2104
Honolulu, HI 96813
Tel.(808) 524-2000
FX:(808) 528-3585
Email: pmaki@emvt.com

33) Floyd A. Mandell
Katten Muchin Zavis Rosenman
525 West Monroe Street
Suite 1600
Chicago, IL 60661-3693
Tel.(312) 902-5235
FX:(312) 577-8982
Email: floyd.mandell@kmzr.com

34) Susan Somers Neal
Neal & McDevitt
1603 Orrington Avenue
Suite 2000
Evanston, IL 60201
Tel.(847) 424-2501
FX:(847) 424-8320
Email: sneal@nealmcdevitt.com

35) Melville Owen
Owen, Wickersham & Erickson, P.C.
455 Market Street
19th Floor
San Francisco, CA 94105
Tel.(415) 882-3206
FX:(415) 882-3232

Email: mowen@owe.com

36) Louis T. Pirkey
Fulbright & Jaworski L.L.P.
600 Congress Ave
Suite #2400
Austin, TX 78701-3248
Tel.(512) 536-3001
FX:(512) 536-4598
Email: lpirkey@fulbright.com

37) Manny D. Pokotilow
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
Seven Penn Center
1635 Market Street, 12th Floor
Philadelphia, PA 19103-2212
Tel.(215) 567-2010
FX:(215) 751-1142
Email: mpokotilow@crbcp.com

38) Edward M. Prince
Alston & Bird LLP
601 Pennsylvania Avenue NW
North Building, 10th Floor
Washington, DC 20004-2601
Tel.(202) 756-3358
FX:(202) 756-3333
Email: eprince@alston.com

39) Susan Progoff
Fish & Neave
1251 Avenue of the Americas
New York, NY 10020
Tel.(212) 596-9152
FX:(646) 728-2656
Email: sprogoff@fishneave.com

40) William D. Raman
Thompson & Knight LLP
1200 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039
Tel.(512) 469-6132
FX:(512) 469-6180
Email: ramanw@tklaw.com

41) W. Whitaker Rayner
Watkins Ludlam Winter & Stennis,
P.A.
P.O. Box 427
633 North State Street
Jackson, MS 39205-0427
Tel.(601) 949-4724
FX:(601) 949-4804

Email: wrayner@watkinsludlam.com

42) Albert Robin
Robin, Blecker & Daley
330 Madison Avenue
New York, NY 10017
Tel.(212) 682-9640
FX:(212) 682-9648
Email: arobin@rbd-law.com

43) Richard D. Rochford Jr.
Nixon Peabody LLP
P.O. Box 31051
Clinton Square
Rochester, NY 14603-1051
Tel.(585) 263-1000
FX:(585) 263-1600
Email: rrochford@nixonpeabody.com

44) Seymour Rothstein
Olson & Hierl, Ltd.
20 North Wacker Drive
36th Floor
Chicago, IL 60606
Tel.(312) 580-1180
FX:(312) 580-1189
Email: srothstein@olsonhierl.com

45) Jeffrey M. Samuels
University of Akron
School of Law
150 University Avenue
Akron, OH 44325-2901
Tel.(330) 972-7898
FX:(330) 258-2343
Email: samuels@uakron.edu

46) Sandra A. Sellers
Technology Mediation Services, LLC
6510 Heather Brook Court
McLean, VA 22101
Tel.(703) 734-1810
FX:(703) 734-1810
Email:
ssellers@technologymediation.com

47) Howard J. Shire
Kenyon & Kenyon
One Broadway
New York, NY 10004
Tel.(212) 908-6205

FX:(212) 425-5288
Email: hshire@kenyon.com

48) Virginia S. Taylor
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Tel.(404) 815-6373
FX:(404) 815-6555
Email: vtaylor@kilpatrickstockton.com

49) Paul C. Van Slyke
Locke Liddell & Sapp LLP
600 Travis Street
Suite 3400
Houston, TX 77002-3095
Tel.(713) 226-1406
FX:(713) 223-3717
Email: pvanslyke@lockeliddell.com

50) Vernon F. Venne
Ashland Inc.
5200 Blazer Parkway
Dublin, OH 43017
Tel.(614) 790-3975
FX:(614) 790-4268
Email: vfvenne@ashland.com

51) Maxim H. Waldbaum
Salans
620 Fifth Avenue
New York, NY 10020
Tel.(212) 632-8435
FX:(212) 307-3399
Email: mwaldbaum@salans.com

52) Richard A. Wallen
Christie, Parker & Hale, LLP
350 West Colorado Boulevard
Suite 500
Pasadena, CA 91105
Tel.(626) 795-9900
FX:(626) 577-8800
Email: richard.wallen@cph.com

53) W. Mack Webner
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Suite 800

Washington, DC 20037
Tel.(202) 663-7495
FX:(202) 293-4308
Email: mwebner@sughrue.com

54) Steven M. Weinberg
Greenberg Traurig, LLP
2375 East Camelback Road
Suite 700
Phoenix, AZ 85016
(602)445-8376
(602)445-8100
Email: weinbergs@gtlaw.com

55) David A. Weinstein
Law Offices of David A. Weinstein
1600 Broadway
Suite 2600
Denver, CO 80202
Tel.(303) 863-8818
FX:(303) 863-8820
Email: tmcopylaw@aol.com

**LR16.3.**    **Voluntary Mediation Program**

(a)  PROGRAM ESTABLISHED.  A program for voluntary mediation is established for cases arising under the Federal Trademark Act of 1946, 15 U.S.C. §§ 1051-1127 ("the Lanham Act").

(b)  PROCEDURES.    The voluntary mediation program shall follow the procedures approved by the Executive Committee. The procedures outline the responsibilities of counsel and the parties in cases that are eligible for the mediation program. Copies of the procedures may be obtained from the clerk.

(c)  CONFIDENTIALITY    All mediation proceedings, including any statement made by any party, attorney or other participant, shall, in all respects, be privileged and not reported, recorded, placed in evidence, made known to the trial court or jury, or construed for any purpose as an admission. No party shall be bound by anything done or said at the conference unless a settlement is reached, in which event the settlement shall be reduced to writing and shall be binding upon all parties.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
PROCEDURES FOR VOLUNTARY MEDIATION PROGRAM
FOR LANHAM ACT CASES
Adopted Pursuant to Local Rule 16.3(b)

## I.   Screening and Assignment of Cases.

A.   Pursuant to Local Rule 16.3, cases that are filed under the Federal Trademark Act of 1946, 15 U.S.C. §§ 1051-1127 (the "Lanham Act"), shall be assigned to the program of court-annexed mediation (Program). Cases that are filed under seal pursuant to local General Rule 10L and cases that are under seal pursuant to court order shall not be assigned to the Program during the time they remain under seal. Any time periods specified in these procedures shall be adjusted to exclude periods when cases are under seal.

B. Cases shall be assigned to the Program on the basis of information recorded in the Integrated Case Management System (ICMS). The information used for this purpose will be the nature of suit and cause of action recorded for each civil case.1 A computer program will be run on a weekly basis to identify all civil cases filed during the previous week where the cause of action entered in ICMS is a Lanham Act citation or the nature of suit code entered in ICMS is 840 (i.e., the nature of suit code for trademark cases).

C.   A member of the staff of the Clerk of Court will check the complaint for each case identified by the weekly computer program to verify that the complaint indicates that the case has been filed pursuant to the Lanham Act.

## II.   Notice of Assignment

A.   For a case assigned to the Program, the Clerk shall provide notice of the assignment to the attorney who filed the action. If the case was commenced by a party filing *pro se*, the notice will be provided to the party. The notice will include a description of the Program. Along with the notice the Clerk will send a List of Lanham Act Organizations and Neutrals.

B.   The Clerk will notify the judge that the case has been assigned to the Program.

C.   Upon receiving the notice and accompanying material from the Clerk, each attorney notified as provided for in section II.A above must promptly provide a copy of the notice and accompanying descriptive material to that attorney's client and to the attorney for each defendant, if known, or to each defendant, if the attorney is not known. Defense attorneys must promptly provide copies of the material they receive to each party they represent.

## III. List of Lanham Act Organizations and Neutrals

A.   Maintenance by the Clerk of a List of Lanham Act Organizations and Neutrals

The clerk of the Court shall maintain and make available to the public a List of Lanham Act Organizations and Neutrals consisting of the name, address, and telephone numbers of each organization and person who has filed with the clerk the certificate specified by section C of this rule, and whose name has not been withdrawn or removed pursuant to section E of this rule. The clerk shall further maintain and make available to the public a file containing the certificates filed by those persons whose names are included on the list of mediators. Inclusion on the list does not constitute certification by the Court of the qualifications of the organization or neutral.

B. Minimum Criteria

No organization or person may file a certificate pursuant to paragraph C below or be included in the List of Lanham Act Organizations and Neutrals unless such person or organization meets the following minimum criteria:

(1) For Organizations:

a. A minimum of three years involvement with alternative dispute resolution in providing, sponsoring or training neutrals; and

b. Affiliation with two or more individuals who meet the minimum criteria set forth below.

(2) For Individuals:

a. Five years or more experience in the practice of Lanham Act law; or

b. Three years or more experience as a neutral (not necessarily in Lanham Act law).

C. Certificates

An organization may be included in the List of Lanham Act Organizations and Neutrals by filing with the Clerk of this Court a certificate containing the following information:

(1) For Organizations:

a. Name, address, and nature and duration of involvement in alternative dispute procedures and activities;

b. procedures and programs for training individuals in techniques of mediation and arbitration;

c. experience in training such individuals in connection with disputes under the Lanham Act;

d. experience in providing neutrals to mediate or arbitrate disputes under the Lanham Act;

e. names and addresses of individuals the organization represents are qualified by experience or training, or both, to mediate or arbitrate disputes under the Lanham Act, together with copies of their curricula vitae; and

f. representative cases (including citations to published decisions) in which the organization has participated, including the names and addresses of counsel and parties (unless such information is deemed confidential).

(2) For Individuals:

a. Name, address, and academic and legal education credentials;

b. years in the practice of Lanham Act law, including trademark and unfair competition law and false advertising law;

c. experience in mediating or arbitrating disputes under the Lanham Act, other intellectual property law disputes, or general commercial disputes;

d. a summary of Law School or C.L.E. courses in Lanham Act subject matter taken or taught, including seminars or meetings of the American Bar Association, ALI-ABA, American Intellectual Property Law Association, International (formerly The United States) Trademark Association, Practicing Law Institute, Chicago Bar Association, or other groups or organizations;

e. membership and committee activity in professional organizations dealing with intellectual property law, including the Lanham Act;

f. publications on Lanham Act or other intellectual property law subject matter;

g. Any other experience, including litigation experience, he or she believes relevant to serving as a neutral;

h. representative cases (including citations to published decisions) in which the individual has participated as a mediator or arbitrator, including the names and addresses of counsel and parties (unless such information is deemed confidential); and

i. a copy of his or her curriculum vitae.

D.   Amendment and Updating.

Any organization and individual who files a certificate with the Clerk shall promptly file amendments to the certificates, whenever necessary or appropriate, to disclose any substantial change in the information provided in the certificate. In addition, each such organization or individual shall file a complete, updated certificate at no more than five year intervals.

E.   Withdrawal and Removal from the List of Lanham Act Organizations and
     Neutrals

Any organization or neutral may voluntarily withdraw from the List of Lanham Act organizations and neutrals at any time by providing written notification to the clerk of the Court, who shall thereupon remove the name of the organization or neutral from said List and remove that organization or neutral's certificate from the file of such certificates. If an organization or neutral fails to update his, her or its certificate pursuant to section D of this rule, or for good cause as certified to the clerk by the Chief Judge, the clerk shall remove the name of that organization or neutral from said List and remove that  organization or neutral's certificate from the file of certificates.

## IV. Attorney Certification

As soon as practicable but in no event later than 20 days after receiving the notice provided pursuant to section II.A, each attorney for a party shall file with the Clerk a certificate stating that the attorney has mailed or otherwise provided a copy of the notice and all information about the Program to each party that the attorney represents in the action, or to the guardian or representative of each party.

## V.  Notice of Participation or Non-Participation

A.   Nothing in these Procedures shall be construed to affect the time within which a party is to answer or otherwise plead to a complaint. If a pleading in lieu of answer, or a motion for a temporary restraining order or a preliminary injunction is filed before the notice of participation or non-participation required by subsection B of this section has been filed, the court may fix a new time by which the parties must file the joint notice, or may find that the case is not appropriate for the program and excuse the parties from filing the joint notice, or may enter such other order as may be appropriate. Such action by the court shall be in writing, or on the record.

The parties in cases assigned to the Program are not required to participate in the Program but are strongly encouraged to do so. At the earliest of the first scheduling conference, or 90 days from filing of the complaint, the parties in cases assigned to the Program will file a jointly written notice indicating one of the following:

   (1)    that they wish to participate in the Program;
   (2)    that they do not wish to participate in the Program; or
   (3)    that they are already participating in some other mediation program.

B. If the notice indicates that the parties do not wish to participate in the Program, a brief statement of the reason or reasons must be included in the notice. Such a statement shall not disclose the position of any individual party concerning participation in the Program. If the notice indicates that the parties are participating in some other mediation program, the notice must provide a brief description of the nature of the program.

C. The judge to whom a case eligible for the Program is assigned may impose sanctions for failure to notify clients pursuant to paragraph II.C. and/or failure to file the notice pursuant to paragraphs V.A and B.

## VI. Mediation Procedure

A.   Mediation is a flexible, nonbinding and confidential dispute resolution process in which an impartial and qualified neutral facilitates negotiations among the parties in an attempt to help them reach settlement.

B. The mediation process does not contemplate testimony by witnesses. The neutral does not review or rule upon questions of fact or law, or render any final decision in the case, but may provide an opinion on questions of fact or law, or on the merits of the case if the case if requested or if desirable.

C. The parties shall select a neutral and obtain the consent of the neutral to act as mediator not more than 14 days after the filing of the joint notice of participation. The parties may request an extension of time for good cause shown. The parties may agree to select a neutral from the List of Lanham Act Organizations and Neutrals provided with the notice of assignment. In the event the parties wish to participate in the Program, but cannot agree on a panel neutral, the parties may contact any organization or individual identified in the List, which or who will assist in selecting a neutral for them.

D.   The neutral shall disqualify himself or herself in any case in which the circumstances listed in 28 U.S.C. § 455 exist, and would apply if the neutral were a judge.

E. The neutral shall select a time and a place for the mediation conference, and any adjourned mediation session, that is reasonably convenient for the parties, and shall give them at least 14 days written notice of the initial conference. Except as ordered by the court for good cause shown, the date of the first mediation conference shall be not later than 45 days after the filing of the joint notice of participation and the date of the last conference shall be not more than 30 days following the first conference. If the parties settle the case prior to the mediation conference, they shall promptly advise the neutral and the judge assigned to the case that a settlement has been reached.

F.   The neutral may require the parties to submit memoranda, on a confidential basis and not served on the other parties, addressing the strengths and weaknesses in that party's case and the terms that party proposes for settlement.

G.   The following individuals shall attend the mediation conference unless excused by the mediator:

(1)  each party who is a natural person;

(2)  for each party that is not a natural person, either

(a)    a representative who is not the party's attorney of record and who    has full authority to negotiate and settle the dispute on behalf of that    party, or

(b)    if the party is an entity that requires settlement approval by a committee, board or legislative body, a representative who has authority to recommend a settlement to the committee, board or legislative body;

(3)  the attorney who has primary responsibility for each party's case; and

(4)  any other entity determined by the mediator to be necessary for a full resolution of the dispute referred to mediation.

H.   Except where a party has been excused as provided for by section VI.H. above, failure of an attorney or a party to attend the mediation conference as required shall be reported to the assigned judge and may result in the imposition of sanctions as the judge may find appropriate.

## VII.   Reporting on the Program

A.   Within 10 days following the conclusion of the mediation session, the neutral shall file a concise report with the court disclosing only whether required parties were present and the disposition of the case, including:

(1)  the case settled;

(2)  the parties agreed to adjourn for further mediation; or

(3)  the neutral determined that the negotiations are at an impasse.

B. All written and oral communications made in connection with the mediation conference, including any statement made by any party, attorney or other participant, shall, in all respects, be privileged and not reported, recorded, placed in evidence, made known to the trial court or jury, or construed for any purpose as an admission. No party shall be bound by anything done or said at the conference unless a settlement is reached, in which event the agreement upon a settlement shall be reduced to writing and shall be binding upon all parties to that agreement. In addition, the parties are free to enter confidentiality agreements covering all information disclosed in memoranda and during the mediation session.

## VIII.  Costs

A.   Absent agreement to the contrary, the parties shall share equally all costs incurred as a result of the mediation, including the costs of the neutral's services, except that each party shall be responsible for its own attorneys' fees.

B. Neutrals shall be reimbursed for the expenses and compensated by the hourly rate disclosed by them during the selection process, or as agreed in writing in advance between the neutral and the parties.

C. Except as provided in section VIII.B., a neutral shall not charge or accept anything of value from any source whatsoever for or relating to his or her duties as a neutral.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ( | Case Number: |
| | ( | |
| | ( | |
| Plaintiff | ( | Assigned Judge: |
| vs. | ( | |
| | ( | |
| | ( | Designated |
| | ( | Magistrate Judge: |
| Defendant | ( | |

## JOINT STATEMENT REGARDING PARTICIPATION IN THE
## VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES

Pursuant to Section V.A. of the procedures for the voluntary mediation program, the undersigned parties hereby file this joint statement concerning their participation in the program.

☐  A.  The undersigned will participate in the Court's mediation program.

☐  B.  The undersigned will not participate in the Court's mediation program because not all parties agree to take part in the program.

☐  C.  The undersigned will not participate in the Court's mediation program for the reasons described in the attached statement

☐  D.  The undersigned will participate in another mediation program. (Note: A brief statement detailing the nature of the program must be attached)


_Signature of Plaintiff's Counsel_        _Signature of Defendant's Counsel_


Date                                        Date