**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| OCCIDENTAL HOTELES MANAGEMENT, S.L. | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 08-cv-2165 |
| HARGRAVE ARTS, LLC and CARTER HARGRAVE | ) ) ) | Honorable Joan B. Gottschall |
| | ) | Honorable Martin C. Ashman |
| Defendants. | ) | |

## NOTICE OF MOTION

On **Wednesday, June 18,** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Joan B. Gottschall**, or any judge sitting in her stead, in **Courtroom 2325** of the United States District Court, Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present, on behalf of **Plaintiff OCCIDENTAL HOTELES MANAGEMENT, S.L.**, its *Motion for Default Judgment.*

                         Cremer, Kopon, Shaughnessy & Spina, LLC


                         By: _/s William J. Cremer_____
                              One of Its Attorneys

Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: (312) 726-3800
Fax: (312) 726-3818

*195179_1.DOC*