IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OCCIDENTAL HOTELES MANAGEMENT, S.L. | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 08-cv-2165 |
| HARGRAVE ARTS, LLC and CARTER HARGRAVE | ) ) ) | Honorable Joan B. Gottschall |
| | ) | Honorable Martin C. Ashman |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

NOW COMES Plaintiff, OCCIDENTAL HOTELES MANAGEMENT, S.L. (f/k/a Occidental Hoteles Management S.A.), by its attorneys Cremer, Kopon, Shaughnessy & Spina, LLC, pursuant to Local Rule 3.2, and states as follows:

1. OCCIDENTAL HOTELES MANAGEMENT, S.L. (f/k/a Occidental Hoteles Management S.A.) has no "affiliates" as that term is defined in Local Rule 3.2.

Respectfully submitted,

Cremer, Kopon, Shaughnessy & Spina, LLC


By:  /s William J. Cremer_____
         One of Its Attorneys

Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: (312) 726-3800
Fax: (312) 726-3818

194957_1.DOC