**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OCCIDENTAL HOTELES MANAGEMENT, S.L. | ) ) ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 08-cv-2165 |
| | ) | |
| HARGRAVE ARTS, LLC and CARTER HARGRAVE | ) ) | Honorable Joan B. Gottschall |
| | ) | Honorable Martin C. Ashman |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

NOW COMES Plaintiff, OCCIDENTAL HOTELES MANAGEMENT, S.L. (f/k/a Occidental Hoteles Management S.A.), by its attorneys Cremer, Kopon, Shaughnessy & Spina, LLC, pursuant to Federal Rule of Civil Procedure 7.1, and states as follows:

1.     OCCIDENTAL HOTELES MANAGEMENT, S.L. (f/k/a Occidental Hoteles Management S.A.) does not have a parent company.

2.     No publicly held company owns 10% or more of stock in OCCIDENTAL HOTELES MANAGEMENT, S.L. (f/k/a Occidental Hoteles Management S.A.).

Respectfully submitted,

Cremer, Kopon, Shaughnessy & Spina, LLC

By:  /s William J. Cremer_____
        One of Its Attorneys

Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: (312) 726-3800

Fax: (312) 726-3818