## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Occidental Hoteles Management, S.L.

                    Plaintiff,

v.                                        Case No.: 1:08−cv−02165
                                        Honorable Joan B. Gottschall

Hargrave Arts, LLC, et al.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:MOTION by Plaintiff Occidental Hoteles Management, S.L. for default judgment [12] is withdrawn by request of movant. Status hearing held on 6/18/2008. ( Status hearing set for 10/22/2008 at 09:30 AM.) Plaintiff's time to effectuate service is extended to 10/16/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.