Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2165 | **DATE** | 6/23/2008 |
| **CASE TITLE** | Occidental Hoteles Management vs. Hargrave Arts, LLC | | |

**DOCKET ENTRY TEXT**

Enter Order. It is hereby ordered that Plaintiff is given leave to appoint the U.S. Marshal as process server to effect service on Defendants Hargrave Arts, LLC and Carter Hargrave.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 24 AM 7:09
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|