IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OCCIDENTAL HOTELES MANAGEMENT, S.L. ) ) ) Plaintiff ) ) v. ) ) HARGRAVE ARTS, LLC and ) CARTER HARGRAVE ) ) ) Defendants. ) | Case No. 08-cv-2165 Honorable Joan B. Gottschall Honorable Martin C. Ashman |

## ORDER

WHEREAS, on April 16, 2008, Occidental Hoteles Management, S.L. filed a Complaint for Permanent Injunction and Other Relief against both defendants.

WHEREAS at the June 18, 2008 Case Management Conference, the Plaintiff Occidental Hoteles, S.L. presented a Motion for Default Judgment as to Defendants Hargrave Arts, LLC and Carter Hargrave.

WHEREAS on June 18, 2008, the District Court ordered that Plaintiff's Motion for Default Judgment against both defendants be withdrawn and Plaintiff's time to effectuate service on both defendants be extended to October 16, 2008. Additionally, this Court set the next status hearing in this matter for October 22, 2008.

IT IS HEREBY ORDERED THAT:

Plaintiff, Occidental Hoteles Management, S.L., is given leave to appoint the U.S. Marshall as process server to effect service on the above-named Defendants Hargrave Arts, LLC, and Carter Hargrave.

SIGNED this 23rd day of June, 2008.

_____
Honorable Joan B. Gottschall

*195973_1.DOC*