

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 0 8 2008  AEE
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | |
|---|---|
| OCCIDENTAL HOTELES MANAGEMENT, S.L. | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Case No. 08-cv-2165 |
| | ) Assigned Judge Joan B. Gottschall |
| HARGRAVE ARTS, LLC and | ) |
| CARTER HARGRAVE | ) Magistrate Judge Martin C. Ashman |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO DISMISS BASED ON LACK OF JURISDICTION

Defendants Hargrave Arts LLC, an Oklahoma Corporation, and Carter Hargrave, respectfully move, pursuant to Rules 12(b)(1), (b)(2), (b)(3), of the Federal Rules of Civil Procedure, to dismiss Counts I through V of the Complaint, and in support of this Motion, Defendants states as follows:

1. Plaintiff, Occidental Hoteles, has attempted to plead five Counts against these Defendants consisting of the following claims: Count I Cybersquatting; Count II Trademark Infringement; Count III Trademark Dilution; Count IV Oklahoma Consumer Protection; and Count V Oklahoma Deceptive Trade Practices Act.

2. The Plaintiff s Complaint arises out of true and protected actions centered in Oklahoma. Plaintiff is a billion dollar non United States entity that operates under several names, is not an Illinois company, has no connection or business interests in Illinois, and owns or operates foreign hotels and time share facilities.

3. In the present case, Plaintiff is again seeking relief for previous claims made in The National Arbitration Forum that were not successful. In said Forum case # FA0704000959645 the Honorable Judge Robert T. Pfeuffer, Senior District Judge ruled that "Complainant has not demonstrated by sufficient evidence that it has rights to the OCCIDENTAL mark" and "Complainants Occidental mark was cancelled on July 3, 2000 and that many other entities in the hotel business operate under the name OCCIDENTAL in some form" therefore ruling in favor of these defendants. Plaintiff's

rights if any were cancelled by the United States Patent and Trademark office mark # 178030 and apparently believes that another venue will yield a more favorable verdict.

    4.    Pursuant to Rule 12(b)(1) this Court lacks subject matter jurisdiction over this lawsuit since Plaintiff's claim, while pled as an action for damages, asks this Court to issue an advisory opinion as to the enforceability of a questionable non translated Spanish paper signed by "M" (Plaintiff Exhibit B) claiming to be a mark of some sort. As such, pursuant to Rule 12(b)(1) there is no actual controversy and this Court lacks subject matter jurisdiction over Plaintiff's Complaint.

    5.    Pursuant to Rule 12(b)(2) this Court lacks personal jurisdiction over Defendants. The entire transaction was centered in Oklahoma and pursuant to the relevant documents and counts IV and V of Plaintiffs petition, the Plaintiff set jurisdiction in the courts of Oklahoma applying Oklahoma law. Having claimed jurisdiction of Oklahoma statues, and never citing Illinois Law the Plaintiff waived any basis for asserting jurisdiction here.

    6.    Pursuant to Rule 12(b)(3) this Court should exercise its discretion and dismiss this action in favor of a more convenient forum, Oklahoma. The Plaintiffs own petition confirms that Oklahoma would be the appropriate jurisdiction for any issues arising out of the enforceability of plaintiffs cancelled trademarks. In addition, all of the relevant witnesses and evidence are located in Oklahoma and are most accessibly through the Courts in Oklahoma. It would cause an unreasonable hardship for defendant to travel to Illinois. All of the factors weigh heavily in favor of dismissing this action in favor of the most convenient forum which is Oklahoma.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that this Honorable Court dismiss Plaintiff's Complaint, and award Defendant all necessary and proper relief and costs.

Respectfully submitted,

Carter R. Hargrave
Defendant Pro Se
Soke@leejkd.com
Hargrave Arts LLC
Box 52820
Tulsa, Oklahoma 74152
Telephone: 918.742.5797

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I sent notice of the foregoing via United States mail to:
William J Cremer, Cremer, Kopon, Shaughnessy, & Spina, LLC 180 N. Lasalle St., Suite 3300 Chicago, Il 60601

Carter R. Hargrave
Defendant Pro Se
Soke@leejkd.com
Hargrave Arts LLC
Box 52820
Tulsa, Oklahoma 74152
Telephone: 918.742.5797